## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **SECURE COMMUNICATION TECHNOLOGIES, LLC,** | |
| Plaintiff, | Case No. 1:25-cv-01579 |
| **v.** | |
| **APPLE INC.,** | Jury Trial Demanded |
| Defendant. | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Secure Communication Technologies, LLC ("SCT") files this Complaint for patent infringement against Defendant Apple Inc. ("Apple") alleging as follows:

## BACKGROUND AND NATURE OF THE SUIT

1.     This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This case asserts infringement of United States Patent Nos. 11,334,918 (the "'918 Patent"), 11,443,344 (the "'344 Patent"), and 11,687,971 (the "'971 Patent") (collectively, "the Patents-in-Suit").

2.     The Patents-in-Suit are owned by SCT.

3.     The inventions described and claimed in the Patents-in-Suit were invented and developed by Mr. James Proctor Jr. (a pioneering researcher, inventor, entrepreneur and well-recognized technical expert in the field of wireless communications) and his father, James A. Proctor III.

## THE PARTIES

4.     SCT is a Texas limited liability company with its principal place of business at 204 North Fredonia Street, Longview, Texas 75601.

**ORIGINAL COMPLAINT**                                                        **Page 1 of 156**

5.      Defendant Apple is a corporation organized and existing under the laws of California. Apple is one of the leading sellers in the world of smartphones and other mobile devices such as tablets, smart watches, headphones, smart speakers, "finder" tags, and laptops.

## JURISDICTION AND VENUE

6.      This action arises under the patent laws of the United States, 35 U.S.C. § 101, et seq. This Court's jurisdiction over this action is proper under the above statutes, including 35 U.S.C. § 271, et seq., 28 U.S.C. § 1331 (federal question jurisdiction) and § 1338 (jurisdiction over patent actions).

7.      The Court has personal jurisdiction over Defendant consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute.

8.      Defendant has regularly and systematically transacted business in Texas, directly or through subsidiaries or intermediaries, and/or committed acts of patent infringement in Texas as alleged more particularly herein.

9.      Defendant has placed infringing products into the stream of commerce by shipping those products into Texas or knowing that the products would be shipped into Texas.

10.     In addition, on information and belief, Apple conducts business at its Texas facilities related to its mobile devices, including the devices accused of infringement in this case.

11.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400(b).

12.     Venue is proper at to Defendant in this district under 28 U.S.C. §1400(b) because Defendant has a regular and established place of business in this district and has committed acts of infringement in this district.

**ORIGINAL COMPLAINT**                                                          **Page 2 of 156**

13.     On information and belief, Defendant has a regular and established place of business in Austin, Texas, and is responsible for importing and selling smartphones, tablets, laptops, and other mobile devices and equipment in the United States.

14.     Defendant makes, uses, sells, offers for sale, and/or imports Apple-branded smartphones, tablets, laptops, and other electronics in this District, including the products accused of infringement herein.

15.     On information and belief, Defendant has operated, and on information and belief continues to operate, permanent offices located in this district. For example, Apple maintains a corporate campus located at 6900 W. Parmer Lane, Austin, Texas 78727. Apple's Austin campus exceeds 1 million square feet and includes expansive facilities for Apple hardware and software engineering teams. *See* https://www.apple.com/newsroom/2025/08/apple-increases-us-commitment-to-600-billion-usd-announces-ambitious-program/#:~:text=Apple's%20second%20campus%20in%20Austin,Technology%2C%20and%20Software%20Engineering%20teams.

16.     In addition, Apple has additional regular and established places of business in this district located at 3121 Palm Way, Austin, Texas 78758 (Domain Northside store) and 2901 S. Capital of Texas Highway, Austin, Texas 78746 (Barton Creek store).

17.     Defendant also employs full-time personnel, such as engineers and managers in this district, including in Travis County.

18.     Defendant has also committed acts of infringement in this district by commercializing, marketing, selling, distributing, and servicing certain Apple-branded devices, including but not limited to phones, tablets, and laptops, which are devices Plaintiff accuses of infringement in this case.

**ORIGINAL COMPLAINT**                                                      **Page 3 of 156**

## THE PATENTS-IN-SUIT

### The '918 Patent

19.     The '918 Patent, entitled "Exchanging identifiers between wireless communication to determine further information to be exchanged or further services to be provided," duly and legally issued on May 17, 2022, from U.S. Patent Application No. 15/271,410, filed on September 21, 2016, naming James A. Proctor, Jr. and James A. Proctor III as the inventors. A true and correct copy of the '918 Patent is attached hereto as Exhibit 1 and is incorporated by reference.

20.     The '918 Patent claims priority to U.S. Patent Application No. 14/861,563, which was filed on September 22, 2015. The '918 Patent also claims priority to U.S. Patent Application Nos. 14/472,477 (filed on August 29, 2014 and which issued as U.S. Patent No. 9,161,164), 13/775,435 (filed on February 25, 2013 and which issued as U.S. Patent No. 8,849,698), 13/212,723 (filed on August 18, 2011 and which issued as U.S. Patent No. 8,385,896), and 12/364,828 (filed on February 3, 2009 and which issued as U.S. Patent No. 8,090,359). The '918 Patent also claims priority to U.S. Provisional Patent Application Nos. 61/095,359 (filed on September 9, 2008) and 61/095,001 (filed on September 8, 2008).

21.     The '918 Patent claims patent-eligible subject matter under 35 U.S.C. § 101.

22.     The '918 Patent claims are not directed to an abstract idea and are thus patent-eligible under 35 U.S.C. § 101.

23.     The '918 Patent claims contain inventive concepts such that they are patent-eligible under 35 U.S.C. § 101.

24.     SCT is the owner and assignee of all rights, title, and interest in and under the '918 Patent.

25.     SCT has standing to sue for infringement of the '918 Patent.

**The '344 Patent**

26. The '344 Patent, entitled "Efficient and secure communication using wireless service identifiers," duly and legally issued on September 13, 2022, from U.S. Patent Application No. 17/366,826, filed on July 2, 2021, naming James A. Proctor, Jr. and James A. Proctor III as the inventors. A true and correct copy of the '344 Patent is attached hereto as Exhibit 2 and is incorporated by reference.

27. The '344 Patent claims priority to U.S. Patent Application No. 16/817,896, which was filed on March 13, 2020 and issued as U.S. Patent No. 11,074,615. The '344 Patent also claims priority to U.S. Patent Application Nos. 15/271,410 (filed on September 21, 2016), 14/861,563 (filed on September 22, 2015), 14/472,477 (filed on August 29, 2014 and which issued as U.S. Patent No. 9,161,164), 13/775,435 (filed on February 25, 2013 and which issued as U.S. Patent No. 8,849,698), 13/212,723 (filed on August 18, 2011 and which issued as U.S. Patent No. 8,385,896), and 12/364,828 (filed on February 3, 2009 and which issued as U.S. Patent No. 8,090,359). The '344 Patent also claims priority to U.S. Provisional Patent Application Nos. 61/095,359 (filed on September 9, 2008) and 61/095,001 (filed on September 8, 2008).

28. The '344 Patent claims patent-eligible subject matter under 35 U.S.C. § 101.

29. The '344 Patent claims are not directed to an abstract idea and are thus patent-eligible under 35 U.S.C. § 101.

30. The '344 Patent claims contain inventive concepts such that they are patent-eligible under 35 U.S.C. § 101.

31. SCT is the owner and assignee of all rights, title, and interest in and under the '344 Patent.

32. SCT has standing to sue for infringement of the '344 Patent.

**The '971 Patent**

33.    The '971 Patent, entitled "Efficient and secure communication using wireless service identifiers," duly and legally issued on June 27, 2023, from U.S. Patent Application No. 17/942,197, filed on September 12, 2022, naming James A. Proctor, Jr. and James A. Proctor III as the inventors. A true and correct copy of the '971 Patent is attached hereto as Exhibit 3 and is incorporated by reference.

34.    The '971 Patent claims priority to U.S. Patent Application Nos. 17/366,826 (filed on June 2, 2021 and which issued as the '344 Patent), 16/817,896 (filed on March 13, 2020 and which issued as U.S. Patent No. 11,074,615), 15/271,410 (filed on September 21, 2016), 14/861,563 (filed on September 22, 2015), 14/472,477 (filed on August 29, 2014 and which issued as U.S. Patent No. 9,161,164), 13/775,435 (filed on February 25, 2013 and which issued as U.S. Patent No. 8,849,698), 13/212,723 (filed on August 18, 2011 and which issued as U.S. Patent No. 8,385,896), and 12/364,828 (filed on February 3, 2009 and which issued as U.S. Patent No. 8,090,359). The '344 Patent also claims priority to U.S. Provisional Patent Application Nos. 61/095,359 (filed on September 9, 2008) and 61/095,001 (filed on September 8, 2008).

35.    The '971 Patent claims patent-eligible subject matter under 35 U.S.C. § 101.

36.    The '971 Patent claims are not directed to an abstract idea and are thus patent-eligible under 35 U.S.C. § 101.

37.    The '971 Patent claims contain inventive concepts such that they are patent-eligible under 35 U.S.C. § 101.

38.    SCT is the owner and assignee of all rights, title, and interest in and under the '971 Patent.

39.    SCT has standing to sue for infringement of the '971 Patent.

**ORIGINAL COMPLAINT**                                                    **Page 6 of 156**

## GENERAL ALLEGATIONS OF PATENT INFRINGEMENT

40.    As detailed herein, Defendant has infringed (and continues to infringe) one or more claims of each Patent-in-Suit by making, using, selling, offering for sale, and/or importing into the United States, and/or practicing the claimed method via its use of, certain Apple-branded smartphones, including but not limited to the iPhone 16 Pro, iPhone 16 Pro Max, iPhone 16, iPhone 16e, iPhone 15, iPhone 15 Plus, iPhone 14, and iPhone 14 Plus, tablets, including but not limited to the iPad Pro (at least versions 5 and 6 of the 12.9-inch model, version 7 of the 13-inch model, and versions 4 and 5 of the 11-inch model), iPad Air (at least versions 5, 6, and 7 of the 11-inch model and versions 1 and 2 of the 13-inch model), iPad (at least versions 10 and 11), and iPad mini (at least versions 6 and 7), and laptops, including, but not limited to the MacBook Air and MacBook Pro. These products are collectively referred to herein as the "Accused Products."

41.    The Accused Products infringe one or more claims of each Patent-in-Suit via several features and associated functionalities including but not limited to, AirDrop and Find My, including Offline Finding and AirTags.

42.    Defendant's acts of infringement have caused damage to SCT. SCT is entitled to recover from Defendant the damages sustained by SCT as a result of Defendant's wrongful acts in an amount subject to proof at trial.

43.    Further discovery may reveal earlier knowledge of one or more of the Patents-in-Suit, which would provide additional evidence of Defendant's willful infringement of the Patents-in-Suit.

44.    For each count of infringement listed herein, SCT incorporates and re-states the allegations contained in the preceding paragraphs above, including these General Allegations, as if fully set forth in each count of infringement.

## COUNT I – INFRINGEMENT OF THE '918 PATENT

45.     SCT incorporates herein the allegations made in paragraphs 1 through 44.

46.     Defendant has directly infringed one or more claims of the '918 Patent, including, for example, claims 1 and 9, in violation of 35 U.S.C. § 271(a) by making, using, selling, offering for sale, and/or importing into the United States infringing products including, but not limited to, the Accused Products.

47.     Additionally, Defendant has indirectly infringed the '918 Patent in violation of 35 U.S.C. § 271(b) at least by inducing customers to purchase the Accused Products and/or by instructing customers how to use the Accused Products in a way that directly infringes at least claims 1 and 9 of the '918 Patent.

48.     Each of the Accused Products is "[a] mobile wireless device."



https://www.apple.com/iphone-16-pro/specs/



https://www.apple.com/ipad-pro/specs/



https://www.apple.com/macbook-air/specs/

49.     Each of the Accused Products includes "a first radio" (*e.g.*, radio(s) that operate in accordance with cellular data (LTE, 5G), WiFi wireless local area network, or Bluetooth (BT) standards).

| Cellular and Wireless | Model A3083[±] Model A3084[±] | FDD-5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n14, n20, n25, n26, n28, n29, n30, n66, n70, n71, n75, n76) |
| --- | --- | --- |
| | | TDD-5G NR (Bands n38, n40, n41, n48, n53, n77, n78, n79) |
| | | 5G NR mmWave (Bands n258, n260, n261) |
| | | FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71) |
| | | TDD-LTE (Bands 34, 38, 39, 40, 41, 42, 48, 53) |
| | | UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz) |
| | | GSM/EDGE (850, 900, 1800, 1900 MHz) |
| | All models | 5G (sub-6 GHz and mmWave) with 4x4 MIMO[11] |
| | | Gigabit LTE with 4x4 MIMO[11] |
| | | Wi-Fi 7 (802.11be) with 2x2 MIMO[12] |
| | | Bluetooth 5.3 |
| | | Second-generation Ultra Wideband chip[13] |
| | | Thread networking technology |
| | | NFC with reader mode |
| | | Express Cards with power reserve |

https://www.apple.com/iphone-16-pro/specs/

| Cellular and Wireless | All models |
| --- | --- |
| | Wi-Fi 6E (802.11ax) with 2x2 MIMO[9] |
| | Simultaneous dual band |
| | Bluetooth 5.3 |
| | **Wi-Fi + Cellular models** |
| | 5G (sub-6 GHz) with 4x4 MIMO |
| | Gigabit LTE with 4x4 MIMO |
| | **Model A2926 and A2837:** |
| | 5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n14, n20, n25, n26, n28, n29, n30, n38, n40, n41, n48, n66, n70, n71, n75, n76, n77, n78, n79)[z] |
| | FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 11, 12, 13, 14, 17, 18, 19, 20, 21, 25, 26, 28, 29, 30, 32, 66, 71) |
| | TD-LTE (Bands 34, 38, 39, 40, 41, 42, 48) |
| | UMTS/HSPA/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz) |
| | Data only[#] |
| | Wi-Fi calling[z] |
| | eSIM[#] |
| | Learn more about cellular › |

https://www.apple.com/ipad-pro/specs/

**ORIGINAL COMPLAINT**                                                    **Page 11 of 156**

| Wireless | Wi-Fi 6E (802.11ax)[5] |
| | Bluetooth 5.3 |

https://www.apple.com/macbook-air/specs/

50.     Each of the Accused Products includes "a second radio" (*e.g.*, radio(s) that operate in accordance with cellular data (LTE, 5G), WiFi wireless local area network or a Bluetooth (BT) and/or a Bluetooth LE (low energy) (BLE) radio standard)).

| Cellular and Wireless | Model A3083[±] Model A3084[±] | FDD-5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n14, n20, n25, n26, n28, n29, n30, n66, n70, n71, n75, n76) |
| | | TDD-5G NR (Bands n38, n40, n41, n48, n53, n77, n78, n79) |
| | | 5G NR mmWave (Bands n258, n260, n261) |
| | | FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71) |
| | | TDD-LTE (Bands 34, 38, 39, 40, 41, 42, 48, 53) |
| | | UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz) |
| | | GSM/EDGE (850, 900, 1800, 1900 MHz) |
| | All models | 5G (sub-6 GHz and mmWave) with 4x4 MIMO[11] |
| | | Gigabit LTE with 4x4 MIMO[11] |
| | | Wi-Fi 7 (802.11be) with 2x2 MIMO[12] |
| | | Bluetooth 5.3 |
| | | Second-generation Ultra Wideband chip[13] |
| | | Thread networking technology |
| | | NFC with reader mode |
| | | Express Cards with power reserve |

https://www.apple.com/iphone-16-pro/specs/



https://www.apple.com/ipad-pro/specs/



https://www.apple.com/macbook-air/specs/

51.     Each of the Accused Products includes "one or more processors."



https://www.apple.com/iphone-16-pro/specs/



https://www.apple.com/ipad-pro/specs/



https://www.apple.com/macbook-air/specs/

52. Each of the Accused Products includes "one or more memory devices coupled to the one or more processors, the one or more memory devices storing a set of instructions that when executed by the one or more processors cause the one or more processors to perform operations," including the claimed operations as set forth herein in the following paragraphs.



1. Available space is less and varies due to many factors. A standard configuration uses approximately 12GB to 24GB of space, including iOS 18 with its latest features and Apple apps that can be deleted. Apple Intelligence on-device models can be deleted if Apple Intelligence is turned off and use approximately 7GB of space. Turning on Apple Intelligence will download the models again. Apple apps that can be deleted use about 4.5GB of space, and you can download them back from the App Store. Storage capacity subject to change based on software version, settings, and iPhone model.

https://www.apple.com/iphone-16-pro/specs/

| Capacity[1] | iPad Pro 11-inch | iPad Pro 13-inch |
|---|---|---|
| | 256GB | 256GB |
| | 512GB | 512GB |
| | 1TB | 1TB |
| | 2TB | 2TB |

1. Available space is less and varies due to many factors. Storage capacity subject to change based on software version, settings, and iPad model. 1GB = 1 billion bytes; 1TB = 1 trillion bytes. Actual formatted capacity less.

https://www.apple.com/ipad-pro/specs/

| Memory | 16GB | 16GB | 24GB |
|---|---|---|---|
| | 16GB unified memory | 16GB unified memory | 24GB unified memory |
| | Configurable to: | Configurable to: | Configurable to: |
| | 24GB or 32GB | 24GB or 32GB | 32GB |

https://www.apple.com/macbook-air/specs/

53.     Each of the Accused Products is capable of performing, and does perform, the operation of "receiving, using the first radio, identifier related information associated with a proximity beacon service, from one or more servers." For example, each of the Accused Products includes and supports Apple's AirDrop and Find My features, including Offline Finding and AirTags. As shown in the following paragraphs, each of these accused features in the Accused Products performs this operation by receiving, using a first radio, identifier related information associated with the particular service—*e.g.*, AirDrop, Find My—from one or more servers.

54.     As shown herein, the Accused Products are capable of performing, and do perform, this operation via their AirDrop features and associated functionalities.

**ORIGINAL COMPLAINT**                                    **Page 16 of 156**

## Use AirDrop to send items to nearby Apple devices

With AirDrop, you can wirelessly send photos, videos, documents, and more to a nearby iPhone, iPad, or Mac. You can use AirDrop to send files to your own devices or to share files with others.

You can use AirDrop with an iPhone, iPad, and Mac.

Transfers are encrypted for security, and the recipient can accept or decline each transfer as it arrives.

*Note:* If you leave Bluetooth or Wi-Fi range after an AirDrop transfer is initiated, the transfer continues over the internet.



### Before you begin

Make sure of the following:

- Both devices have Wi-Fi and Bluetooth® turned on.

- The devices are within 30 feet (10 meters) of each other.

If you're using a VPN, make sure its configuration doesn't prevent local networking, as that may interfere with some Continuity features.

If you want to use AirDrop to send items between your Apple devices, sign in to your Apple Account to automatically accept and save the items.

https://support.apple.com/guide/iphone/use-airdrop-to-send-items-to-nearby-devices-iphcd8b9f0af/ios

## AirDrop operation

AirDrop uses iCloud services to help users authenticate. When a user signs in to iCloud, a 2048-bit RSA identity is stored on the device, and when the user turns on AirDrop, an AirDrop short identity hash is created based on the email addresses and phone numbers associated with the user's Apple Account.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

55.     As shown herein, the Accused Products are capable of performing, and do perform, this operation via their Find My features and associated functionalities.

**ORIGINAL COMPLAINT**                                                      **Page 17 of 156**

AirTag lets you easily track things like your keys, wallet, purse, backpack, luggage, and more. Simply set it up with your iPhone or iPad and attach it to your item, and your AirTag shows up in the Items tab in the Find My app.

AirTag and devices that are part of the Find My network accessory program, and some AirPod models — AirPods 3, AirPods Pro 1, and AirPods Max — use the Find My network to help you keep track of and find your belongings.* After you set up a compatible item, it shows up in the Devices or Items tab in the Find My app.

AirTag, AirPods, and other Find My network accessories include features to guard against unwanted tracking. They should not be used to track people, and should not be used to track property that does not belong to you. Using these products to track people without their consent is a crime in many countries and regions around the world. If an AirTag, set of AirPods, or Find My network accessory is discovered to be unlawfully tracking a person, law enforcement can request any available information from Apple to support their investigation.

AirTag, AirPods, and Find My network accessories are designed to protect your privacy when you're using them to keep track of important items. They have unique Bluetooth identifiers that change frequently. The Find My network uses end-to-end encryption and is built with privacy in mind.

Find My displays a map of where the AirTag, set of AirPods, Find My network accessory, or compatible Bluetooth location-tracking device has been observed with you. The red dots show where the unknown item was detected near your iPhone or iPad. The dashed lines connecting the red dots help indicate the sequence where the item was detected with you. The red dots do not indicate when the item's owner is viewing the item's location.



https://support.apple.com/en-us/119874

- When you sign in to iCloud with your Apple Account, you will enable certain Find My features on supported devices, including participation in the Find My network.
- The location of your device or accessory, as well as information about your device and your account, may be used to help you locate your Find My–enabled devices and supported accessories.

https://www.apple.com/legal/privacy/data/en/find-my/

When you sign in and enable iCloud on your device, certain features of Find My are enabled automatically. These include participation in the Find My network, a crowdsourced network of Apple devices that helps find missing devices or compatible items as described below, and the ability to play a sound on your device, remotely lock and display a message on it, or remotely erase it. You also will receive notifications if you are separated from your supported devices and items. Your iPhone, iPad, iPod touch, Apple Watch, Apple Vision Pro, and certain Mac computers will be protected with Activation Lock, and cannot be erased and reactivated without your password. For more information, visit support.apple.com/108794 or support.apple.com/102541. Enabling Find My on your iPhone will automatically enable it on any paired Apple Watch. You can also separately enable Find My for an Apple Watch, which will enable it on your paired iPhone.

https://www.apple.com/legal/privacy/data/en/find-my/

Find My can use the Find My network to help find devices even if they are not connected to the internet and, for supported devices, even if they are turned off or erased. Devices in the Find My network use Bluetooth wireless technology to detect missing devices or compatible items nearby, including AirTags and compatible third-party products registered to your Apple Account, and report their approximate location back to the owner. If a device is turned off or erased, that location is also visible to members of the owner's Family Sharing group with whom they have chosen to share the location. The interaction is end-to-end encrypted, and Apple cannot see the location of any offline device or reporting device. When your device participates in the Find My network, it can both be located by the network and anonymously help locate other missing devices. You can choose to have your iOS or iPadOS device not participate in the Find My network by going to Settings > [your name] > Find My > Find My [device] and tapping to disable Find My network. You can choose to have your Mac not participate in the Find My network by going to System Settings > [your name] > iCloud, then in Saved to iCloud, clicking See All > Find My Mac > Turn Off. For more information on AirTags and compatible third-party products, including instructions on adding these products to Find My and registering them to your Apple Account, visit support.apple.com/101602.

https://www.apple.com/legal/privacy/data/en/find-my/

**ORIGINAL COMPLAINT**                                    **Page 20 of 156**

### Add a compatible third-party product

To add a Find My network item to Find My, follow the manufacturer's instructions to connect the item to your iPhone. Then open Find My, tap Items, tap the Add button ✛, and tap Add Other Item. Follow the onscreen steps to finish setting up the item.



https://support.apple.com/en-us/101602

56.    Each of the Accused Products is capable of performing, and does perform, the operation of "receiving, using the second radio, a plurality of short range transmissions, including a plurality of proximity beacon transmissions when the device is located within a detection range of one or more beacon transmitter devices associated with the proximity beacon service, each of the proximity beacon transmissions including a respective MAC address, a respective unique identifier, and a Proximity Beacon Service Identifier (PBSI)." For example, each of the Accused Products includes and supports Apple's AirDrop and Find My features, including Offline Finding and AirTags. As shown in the following paragraphs, each of these accused features in the Accused Products performs this operation by receiving, using the second radio (*e.g.*, a Bluetooth Low Energy radio), a plurality of short range transmissions, including a plurality of proximity beacon

transmissions when the device is located within a detection range of one or more beacon transmitter devices associated with the proximity beacon service. Each of the proximity beacon transmissions includes a respective MAC address, a respective unique identifier, and a Proximity Beacon Service Identifier (PBSI).

57.    As shown herein, the Accused Products are capable of performing, and do perform, this operation via their AirDrop features and associated functionalities.

## AirDrop security

Apple devices that support AirDrop use Bluetooth Low Energy (BLE) and Apple-created peer-to-peer Wi-Fi technology to send files and information to nearby devices, including AirDrop-capable iPhone and iPad devices with iOS 7 or later and Mac computers with OS X 10.11 or later. The Wi-Fi radio is used to communicate directly between devices without using any internet connection or wireless access point (AP). This connection is encrypted with TLS.

AirDrop is set to share with Contacts Only by default. Users can also choose to use AirDrop to share with everyone, or turn off the feature entirely. Organizations can restrict the use of AirDrop for devices or apps being managed by using a mobile device management (MDM) solution.

## AirDrop operation

AirDrop uses iCloud services to help users authenticate. When a user signs in to iCloud, a 2048-bit RSA identity is stored on the device, and when the user turns on AirDrop, an AirDrop short identity hash is created based on the email addresses and phone numbers associated with the user's Apple Account.

When a user chooses AirDrop as the method for sharing an item, the sending device emits an AirDrop signal over BLE that includes the user's AirDrop short identity hash. Other Apple devices that are awake, in close proximity, and have AirDrop turned on, detect the signal and respond using peer-to-peer Wi-Fi, so that the sending device can discover the identity of any responding devices.

In Contacts Only mode, the received AirDrop short identity hash is compared with hashes of people in the receiving device's Contacts app. If a match is found, the receiving device responds over peer-to-peer Wi-Fi with its identity information. If there is no match, the device doesn't respond.

In Everyone mode, the same overall process is used. However, the receiving device responds even if there is no match in the device's Contacts app.

The sending device then initiates an AirDrop connection using peer-to-peer Wi-Fi, using this connection to send a long identity hash to the receiving device. If the long identity hash matches the hash of a known person in the receiver's Contacts, then the receiver responds with its long identity hashes.

If the hashes are verified, the recipient's first name and photo (if present in Contacts) are displayed in the sender's AirDrop share sheet. On devices with iOS and iPadOS, they are shown in the "People" or "Devices" section. Devices that aren't verified or authenticated are displayed in the sender's AirDrop share sheet with a silhouette icon and the device's name, as defined in Settings > General > About > Name. They're placed in the "Other People" section of the AirDrop share sheet.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

# Which Beacons Transmit a MAC Address?

A MAC (Media Access Control) address is a hardware identification number that uniquely identifies each device. In the context of Bluetooth, a MAC address is used to identify a specific Bluetooth device, such as a smartphone, headset or a Bluetooth beacon. All beacons transmit a Bluetooth MAC Address which is a 48-bit address usually represented in hexadecimal format like this: 0123456789AB.

All devices such as smartphones can see the incoming MAC addresses that are sent as part of the device discovery stage rather than the main Bluetooth LE advertising payload. iOS is a bit strange and non-standard because it hides detected Bluetooth MAC address from apps, and hence from users, when detecting beacons and other Bluetooth devices.

No such restriction happens on Android or any other device. The rationale is probably that Apple wants you to use their ids, the iBeacon UUID, major and minor or the Peripheral Id rather than the MAC address. Apple also probably think they are protecting privacy in some way. A few beacons and other devices such as sensors and fitness trackers additionally put the MAC address into the advertising payload which circumvents Apple's restrictions and allows reading of the MAC address by apps.

https://www.beaconzone.co.uk/blog/which-beacons-transmit-a-mac-address/#:~:text



**Fig. 1.** Structure of a BLE advertisement packet used to carry data of Apple Continuity protocols. The data are stored in a `Manufacturer Specific Data` AD structure (`0xFF`) which starts with the company identifier of Apple (`0x004C`), followed by one or several continuity messages (CM) presented as a Type-Length-Value (TLV) format. *Flags* is an optional AD structure that is not specific to Apple Continuity protocols.

https://petsymposium.org/popets/2020/popets-2020-0003.pdf

### 2.3.1 Advertising PDUs

The following advertising physical channel PDU Types are called advertising PDUs:

- ADV_IND
- ADV_DIRECT_IND
- ADV_NONCONN_IND
- ADV_SCAN_IND
- ADV_EXT_IND
- AUX_ADV_IND
- AUX_SYNC_IND
- AUX_CHAIN_IND

These PDUs are sent by the Link Layer in the Advertising state and received by a Link Layer in the Scanning state or Initiating state. The ADV_IND, ADV_DIRECT_IND, ADV_NONCONN_IND, and ADV_SCAN_IND PDUs are called "legacy advertising PDUs". The ADV_EXT_IND, AUX_ADV_IND, AUX_SYNC_IND, and AUX_CHAIN_IND PDUs are called "extended advertising PDUs". Advertising events using legacy advertising PDUs are called "legacy advertising events".

#### 2.3.1.1 ADV_IND

The Payload field of the ADV_IND PDU is shown in Figure 2.6. The PDU shall be used in connectable and scannable undirected advertising events. The TxAdd in the advertising physical channel PDU header indicates whether the advertiser's address in the AdvA field is public (TxAdd = 0) or random (TxAdd = 1). The ChSel field in the advertising physical channel PDU header shall be set to 1 if the advertiser supports the LE Channel Selection Algorithm #2 feature (see Section 4.5.8.3).

| Payload | |
|---|---|
| AdvA<br>(6 octets) | AdvData<br>(0-31 octets) |

*Figure 2.6: ADV_IND PDU payload*

The Payload consists of AdvA and AdvData fields. The AdvA field shall contain the advertiser's public or random device address as indicated by TxAdd. The AdvData field, if not empty, shall contain Advertising Data from the advertiser's Host.

https://www.bluetooth.com/specifications/specs/core-specification-5-3/

| Apple CM type | Code | Message emission |
|---|---|---|
| AirPrint | 0x03 | On user action |
| AirDrop | 0x05 | On user action |
| HomeKit | 0x06 | Constantly |
| Proximity Pairing | 0x07 | Constantly |
| "Hey Siri" | 0x08 | On user action |
| AirPlay | 0x09 | On user action |
| Magic Switch | 0x0B | On user physical[13] action |
| Handoff | 0x0C | On user action |
| Instant Hotspot | | |
| *Tethering Target Presence* | 0x0D | On user action |
| *Tethering Source Presence* | 0x0E | Reaction to *Target Presence* |
| Nearby | | |
| *Nearby Action* | 0x0F | On user action |
| *Nearby Info* | 0x10 | Constantly |

https://petsymposium.org/popets/2020/popets-2020-0003.pdf



**FIG. 6**

U.S. Patent No. 9,853,719 ("AirDrop" Patent), FIG. 6,

https://patents.google.com/patent/US9853719B2/en?oq=9%2c853%2c719.

58. As shown herein, the Accused Products are capable of performing, and do perform, this operation via their Find My features and associated functionalities.

**Master Beacon and Advertisement Keys.** Initially, each owner device generates a private–public key pair $(d_0, p_0)$ on the NIST P-224 curve and a 32-byte symmetric key $SK_0$ that together form the *master beacon key*. Those keys are never sent out via BLE and are used to derive the rolling advertisement keys included in the BLE advertisements.

OF makes device tracking hard by regularly changing the contents of the BLE advertisements. In particular, OF uses the concept of *rolling* keys that can be deterministically derived if one knows the initial input keys $(d_0, p_0)$ and $SK_0$ but are otherwise unlinkable. OF iteratively calculates the *advertisement keys* $(d_i, p_i)$ for $i > 0$ as follows using the ANSI X.963 key derivation function (KDF) with SHA-256 [33] and a generator $G$ of the NIST P-224 curve:

$$SK_i = \text{KDF}(SK_{i-1}, \text{"update"}, 32) \qquad (1)$$
$$(u_i, v_i) = \text{KDF}(SK_i, \text{"diversify"}, 72) \qquad (2)$$
$$d_i = (d_0 * u_i) + v_i \qquad (3)$$
$$p_i = d_i * G \qquad (4)$$

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Key Synchronization.** All owner devices need to access the advertisement keys to download and decrypt location reports. Therefore, OF synchronizes the master beacon keys via iCloud in a property list file encrypted under Advanced Encryption Standard in Galois/Counter Mode (AES-GCM). The decryption key for the file is stored in the iCloud keychain under the label "Beacon Store."

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

An OF device that loses its Internet connection starts emitting BLE advertisements. This advertisement contains the 224 bit (28 bytes) public part[2] of the advertisement key $(p_i)$, but required some engineering effort to fit in a single BLE packet.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Owner Devices.** Owner devices share a common Apple ID and can use the *Find My* application on macOS and iOS to search for any devices of the same owner.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

## Find My security

The Find My app for Apple devices is built on a foundation of advanced public key cryptography.

### Overview

The Find My app combines Find My iPhone and Find My Friends into a single app in iOS, iPadOS, and macOS. Find My can help users locate a missing device, even an offline Mac. An online device can simply report its location to the user via iCloud. Find My works offline by sending out short range Bluetooth signals from the missing device that can be detected by other Apple devices in use nearby. Those nearby devices then relay the detected location of the missing device to iCloud so users can locate it in the Find My app—all while protecting the privacy and security of all the users involved. Find My even works with a Mac that's offline and asleep.

Using Bluetooth and the hundreds of millions of iPhone, iPad, and Mac devices in active use around the world, a user can locate their missing device even if it can't connect to a Wi-Fi or cellular network. Any iPhone, iPad, or Mac with "offline finding" turned on in Find My settings can act as a "finder device." This means the device can detect the presence of another missing offline device using Bluetooth and then use its network connection to report an approximate location back to the owner. When a device has offline finding enabled, it also means that it can be located by other participants in the same way. This entire interaction is end-to-end encrypted, anonymous, and designed to be battery and data efficient. There is minimal impact on battery life and cellular data plan usage, and user privacy is better protected.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

When a device goes missing and can't connect to Wi-Fi or cellular—for example, a MacBook Pro is left on a park bench—it begins periodically broadcasting the derived public key $P_i$ for a limited period of time in a Bluetooth payload. By using P-224, the public key representation can fit into a single Bluetooth payload. The surrounding devices can then help in the finding of the offline device by encrypting their location to the public key. Approximately every 15 minutes, the public key is replaced by a new one using an incremented value of the counter and the process above so that the user can't be tracked by a persistent identifier. The derivation mechanism is designed to prevent the various public keys $P_i$ from being linked to the same device.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

**ORIGINAL COMPLAINT**                                                    **Page 29 of 156**

## Using Find My to locate missing Apple devices

Any Apple devices within Bluetooth range that have offline finding enabled can detect a signal from another Apple device configured to allow Find My and read the current broadcast key $P_i$. Using an ECIES construction and the public key $P_i$ from the broadcast, the finder devices encrypt their current location information and relay it to Apple. The encrypted location is associated with a server index which is computed as the SHA256 hash of the P-224 public key $P_i$ obtained from the Bluetooth payload. Apple never has the decryption key, so Apple can't read the location encrypted by the finder. The owner of the missing device can reconstruct the index and decrypt the encrypted location.



https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

## Locating devices that are offline

If a user has Find My iPhone enabled on their device, offline finding is turned on by default when they upgrade a device to iOS 13 or later, iPadOS 13.1 or later, and macOS 10.15 or later. This is designed to ensure that every user has the best possible chance to locate their device if it goes missing. However, if at any time the user prefers not to participate, they can disable offline finding in Find My settings on their device. When offline finding is disabled, the device no longer acts as a finder nor is it detectable by other finder devices. However, the user can still locate the device as long as it can connect to a Wi-Fi or cellular network.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

## 2.1 Bluetooth Low Energy

Bluetooth Low Energy (BLE) [19] is designed for small battery-powered devices such as smartwatches and fitness trackers with low data rates. Devices can broadcast BLE advertisements to inform nearby devices about their presence. The maximum BLE advertisement payload size is 31 bytes [19]. Apple heavily relies on custom BLE advertisements to announce their proprietary services such as AirDrop and bootstrap their protocols over Wi-Fi or Apple Wireless Direct Link (AWDL) [21, 36, 48]. OF devices also use BLE advertisements to inform nearby finders about their presence [6].

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

# 3 Apple Offline Finding Overview

Apple introduced OF in 2019 for iOS 13, macOS 10.15, and watchOS 6 [10]. OF enables locating Apple devices without an Internet connection and promises to operate in a privacy-preserving manner. In 2020, Apple announced to support third-party BLE-enabled devices to be tracked by the OF network [11] and released a protocol specification for their integration [6]. We found that this public specification is incomplete concerning the overall OF system. Within this paper, we focus on our recovered specification that was partly validated by the accessory specification [6].

In the following, we give a brief overview of how OF works and introduce the different roles of devices. Fig. 1 depicts the interplay of the roles and protocols involved in OF. In particular, OF involves (1) initial pairing of owner devices, (2) broadcasting BLE advertisements that contain a rolling public key, (3) uploading encrypted location reports to Apple's servers, and (4) retrieving the location reports on owner devices. The terminology of the roles below has been derived from the official documentation [6].

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf



**Fig. 1.** Simplified offline finding (OF) workflow.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Network Analysis.** We can identify a service's protocols by monitoring network interfaces, which helps understand the information exchange with external parties. OF uses two protocols: BLE for advertisements and HTTPS for server communication. To understand the embedded custom protocols and payloads, we rely on two sets of tools. For BLE, we use BTLEmap [31] to capture all BLE advertisements. As we already know the basic frame format of Apple's custom advertisements from related work [21, 36], we were able to identify OF as a new subtype. HTTPS proxies such as [50] decrypt HTTPS sessions by masquerading as both HTTP client and server and using self-signed TLS certificates. To access OF-related traffic, we disabled *certificate pinning*, which OF clients use for all server communication.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

In short, devices and accessories in lost mode send out BLE advertisements containing a public key. Finder devices receive them, encrypt their location by using the public key, and upload a report to Apple's servers. This results in an end-to-end encrypted location report that cannot be read by Apple or any other third-party that does not have access to the owner's private keys.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Master Beacon and Advertisement Keys.** Initially, each owner device generates a private–public key pair $(d_0, p_0)$ on the NIST P-224 curve and a 32-byte symmetric key $SK_0$ that together form the *master beacon key*. Those keys are never sent out via BLE and are used to derive the rolling advertisement keys included in the BLE advertisements.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Key Synchronization.** All owner devices need to access the advertisement keys to download and decrypt location reports. Therefore, OF synchronizes the master beacon keys via iCloud in a property list file encrypted under Advanced Encryption Standard in Galois/Counter Mode (AES-GCM). The decryption key for the file is stored in the iCloud keychain under the label "Beacon Store."

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Encryption.** The BLE advertisements sent out by a lost device contain an EC public key $p_i$. A finder device that receives such an advertisement determines its current location and encrypts the location with $p_i$.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Decryption.** An owner device that retrieves encrypted location reports follows the inverse of the encryption procedure. First, the owner device selects the proper advertisement keys $(d_i, p_i)$ based on the hashed $p_i$ of the location report. Second, it performs the ECDH key exchange with the finder's ephemeral public key $p'$ and the lost device's private key $d_i$ to compute the symmetric key $e'$ and the IV. Finally, the owner can use $e'$ and IV to decrypt the location report.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

## 6.2 Losing

An OF device that loses its Internet connection starts emitting BLE advertisements. This advertisement contains the 224 bit (28 bytes) public part[2] of the advertisement key $(p_i)$, but required some engineering effort to fit in a single BLE packet.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf



**Fig. 1.** Structure of a BLE advertisement packet used to carry data of Apple Continuity protocols. The data are stored in a `Manufacturer Specific Data` AD structure (`0xFF`) which starts with the company identifier of Apple (`0x004C`), followed by one or several continuity messages (CM) presented as a Type-Length-Value (TLV) format. *Flags* is an optional AD structure that is not specific to Apple Continuity protocols.

https://petsymposium.org/popets/2020/popets-2020-0003.pdf

| Apple CM type | Code | Message emission |
|---|---|---|
| AirPrint | 0x03 | On user action |
| AirDrop | 0x05 | On user action |
| HomeKit | 0x06 | Constantly |
| Proximity Pairing | 0x07 | Constantly |
| "Hey Siri" | 0x08 | On user action |
| AirPlay | 0x09 | On user action |
| Magic Switch | 0x0B | On user physical[13] action |
| Handoff | 0x0C | On user action |
| Instant Hotspot | | |
| *Tethering Target Presence* | 0x0D | On user action |
| *Tethering Source Presence* | 0x0E | Reaction to *Target Presence* |
| Nearby | | |
| *Nearby Action* | 0x0F | On user action |
| *Nearby Info* | 0x10 | Constantly |

https://petsymposium.org/popets/2020/popets-2020-0003.pdf



**FIG. 6**

U.S. Patent No. 9,853,719 ("AirDrop" Patent), FIG. 6 (annotated),
https://patents.google.com/patent/US9853719B2/en?oq=9%2c853%2c719.

**Table 2.** OF advertisement format (with zero-indexed bytes).

| Bytes | Content (details cf. [6, § 5.1]) |
|---|---|
| 0–5 | BLE address $((p_i[0] \mid (0b11 \ll 6)) \mid\mid p_i[1..5])$ |
| 6 | Payload length in bytes (30) |
| 7 | Advertisement type (0xFF for manufacturer-specific data) |
| 8–9 | Company ID (0x004C) |
| 10 | OF type (0x12) |
| 11 | OF data length in bytes (25) |
| 12 | Status (e.g., battery level) |
| 13–34 | Public key bytes $p_i[6..27]$ |
| 35 | Public key bits $p_i[0] \gg 6$ |
| 36 | Hint (0x00 on iOS reports) |

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

| Bluetooth | Device tracking via BLE advertisements | ✗ | BLE payload and address are determined by the advertisement key, which is changed at 15 min intervals, making long-term tracking hard. |
|---|---|---|---|
| | Remote code execution (RCE) | ✗ | As OF uses non-connectable mode to emit advertisements, devices remain secure against RCE attacks on the Bluetooth firmware [42]. |
| | Denial-of-service (DoS) | ✓ (A2) | An attacker could emit/relay legitimate advertisements at other physical locations to pollute the set of location reports. |

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

### 2.3.1 Advertising PDUs

The following advertising physical channel PDU Types are called advertising PDUs:

- ADV_IND
- ADV_DIRECT_IND
- ADV_NONCONN_IND
- ADV_SCAN_IND
- ADV_EXT_IND
- AUX_ADV_IND
- AUX_SYNC_IND
- AUX_CHAIN_IND

These PDUs are sent by the Link Layer in the Advertising state and received by a Link Layer in the Scanning state or Initiating state. The ADV_IND, ADV_DIRECT_IND, ADV_NONCONN_IND, and ADV_SCAN_IND PDUs are called "legacy advertising PDUs". The ADV_EXT_IND, AUX_ADV_IND, AUX_SYNC_IND, and AUX_CHAIN_IND PDUs are called "extended advertising PDUs". Advertising events using legacy advertising PDUs are called "legacy advertising events".

#### 2.3.1.1 ADV_IND

The Payload field of the ADV_IND PDU is shown in Figure 2.6. The PDU shall be used in connectable and scannable undirected advertising events. The TxAdd in the advertising physical channel PDU header indicates whether the advertiser's address in the AdvA field is public (TxAdd = 0) or random (TxAdd = 1). The ChSel field in the advertising physical channel PDU header shall be set to 1 if the advertiser supports the LE Channel Selection Algorithm #2 feature (see Section 4.5.8.3).

| Payload | |
|---|---|
| AdvA (6 octets) | AdvData (0-31 octets) |

*Figure 2.6: ADV_IND PDU payload*

The Payload consists of AdvA and AdvData fields. The AdvA field shall contain the advertiser's public or random device address as indicated by TxAdd. The AdvData field, if not empty, shall contain Advertising Data from the advertiser's Host.

https://www.bluetooth.com/specifications/specs/core-specification-5-3/

59.    Each of the Accused Products is capable of performing, and does perform, the operation of "determining if a particular short range transmission of the plurality of short range transmissions a) includes a MAC address, and b) includes the proximity beacon service identifier (PBSI) and if c) the PBSI indicates the particular short range transmission is a proximity beacon transmission associated with the proximity beacon service." For example, each of the Accused

Products includes and supports Apple's AirDrop and Find My features, including Offline Finding and AirTags. As shown in the following paragraphs, each of these accused features in the Accused Products performs this operation by determining if a particular short range transmission of the plurality of short range transmissions a) includes a MAC address, and b) includes the proximity beacon service identifier (PBSI) and if c) the PBSI indicates the particular short range transmission is a proximity beacon transmission associated with the proximity beacon service.

60.    As shown herein, the Accused Products are capable of performing, and do perform, this operation via their AirDrop features and associated functionalities.

# Which Beacons Transmit a MAC Address?

A MAC (Media Access Control) address is a hardware identification number that uniquely identifies each device. In the context of Bluetooth, a MAC address is used to identify a specific Bluetooth device, such as a smartphone, headset or a Bluetooth beacon. All beacons transmit a Bluetooth MAC Address which is a 48-bit address usually represented in hexadecimal format like this: 0123456789AB.

All devices such as smartphones can see the incoming MAC addresses that are sent as part of the device discovery stage rather than the main Bluetooth LE advertising payload. iOS is a bit strange and non-standard because it hides detected Bluetooth MAC address from apps, and hence from users, when detecting beacons and other Bluetooth devices.

No such restriction happens on Android or any other device. The rationale is probably that Apple wants you to use their ids, the iBeacon UUID, major and minor or the Peripheral Id rather than the MAC address. Apple also probably think they are protecting privacy in some way. A few beacons and other devices such as sensors and fitness trackers additionally put the MAC address into the advertising payload which circumvents Apple's restrictions and allows reading of the MAC address by apps.

https://www.beaconzone.co.uk/blog/which-beacons-transmit-a-mac-address/#:~:text

### 2.3.1 Advertising PDUs

The following advertising physical channel PDU Types are called advertising PDUs:

- ADV_IND
- ADV_DIRECT_IND
- ADV_NONCONN_IND
- ADV_SCAN_IND
- ADV_EXT_IND
- AUX_ADV_IND
- AUX_SYNC_IND
- AUX_CHAIN_IND

These PDUs are sent by the Link Layer in the Advertising state and received by a Link Layer in the Scanning state or Initiating state. The ADV_IND, ADV_DIRECT_IND, ADV_NONCONN_IND, and ADV_SCAN_IND PDUs are called "legacy advertising PDUs". The ADV_EXT_IND, AUX_ADV_IND, AUX_SYNC_IND, and AUX_CHAIN_IND PDUs are called "extended advertising PDUs". Advertising events using legacy advertising PDUs are called "legacy advertising events".

#### 2.3.1.1 ADV_IND

The Payload field of the ADV_IND PDU is shown in Figure 2.6. The PDU shall be used in connectable and scannable undirected advertising events. The TxAdd in the advertising physical channel PDU header indicates whether the advertiser's address in the AdvA field is public (TxAdd = 0) or random (TxAdd = 1). The ChSel field in the advertising physical channel PDU header shall be set to 1 if the advertiser supports the LE Channel Selection Algorithm #2 feature (see Section 4.5.8.3).

| Payload | |
|---|---|
| AdvA<br>(6 octets) | AdvData<br>(0-31 octets) |

Figure 2.6: ADV_IND PDU payload

The Payload consists of AdvA and AdvData fields. The AdvA field shall contain the advertiser's public or random device address as indicated by TxAdd. The AdvData field, if not empty, shall contain Advertising Data from the advertiser's Host.

https://www.bluetooth.com/specifications/specs/core-specification-5-3/

## 4.4.2 Advertising state

The Link Layer shall enter the Advertising state when directed by the Host. When placed in the Advertising state, the Link Layer shall send advertising PDUs (see Section 2.3.1) in advertising events, periodic advertising events, or both.

https://www.bluetooth.com/specifications/specs/core-specification-5-3/



**Fig. 1.** Structure of a BLE advertisement packet used to carry data of Apple Continuity protocols. The data are stored in a `Manufacturer Specific Data` AD structure (0xFF) which starts with the company identifier of Apple (0x004C), followed by one or several continuity messages (CM) presented as a Type-Length-Value (TLV) format. *Flags* is an optional AD structure that is not specific to Apple Continuity protocols.

https://petsymposium.org/popets/2020/popets-2020-0003.pdf



FIG. 6

U.S. Patent No. 9,853,719 ("AirDrop" Patent), FIG. 6 (annotated),

https://patents.google.com/patent/US9853719B2/en?oq=9%2c853%2c719.



FIG. 8

U.S. Patent No. 9,853,719 ("AirDrop" Patent), FIG. 8 (annotated), https://patents.google.com/patent/US9853719B2/en?oq=9%2c853%2c719.

61. As shown herein, the Accused Products are capable of performing, and do perform, this operation via their Find My features and associated functionalities.

**Table 2.** OF advertisement format (with zero-indexed bytes).

| Bytes | Content (details cf. [6, § 5.1]) |
|-------|----------------------------------|
| 0–5   | BLE address $((p_i[0] \mid (0b11 \ll 6)) \parallel p_i[1..5])$ |
| 6     | Payload length in bytes (30) |
| 7     | Advertisement type (0xFF for manufacturer-specific data) |
| 8–9   | Company ID (0x004C) |
| 10    | OF type (0x12) |
| 11    | OF data length in bytes (25) |
| 12    | Status (e.g., battery level) |
| 13–34 | Public key bytes $p_i[6..27]$ |
| 35    | Public key bits $p_i[0] \gg 6$ |
| 36    | Hint (0x00 on iOS reports) |

62.

63. https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

| Bluetooth | Device tracking via BLE advertisements | ✗ | BLE payload and address are determined by the advertisement key, which is changed at 15 min intervals, making long-term tracking hard. |
|-----------|----------------------------------------|---|------------------------------------------------------------------------------------------------------------------------------------------|
| | Remote code execution (RCE) | ✗ | As OF uses non-connectable mode to emit advertisements, devices remain secure against RCE attacks on the Bluetooth firmware [42]. |
| | Denial-of-service (DoS) | ✓ (A2) | An attacker could emit/relay legitimate advertisements at other physical locations to pollute the set of location reports. |

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

### 2.3.1 Advertising PDUs

The following advertising physical channel PDU Types are called advertising PDUs:

- ADV_IND
- ADV_DIRECT_IND
- ADV_NONCONN_IND
- ADV_SCAN_IND
- ADV_EXT_IND
- AUX_ADV_IND
- AUX_SYNC_IND
- AUX_CHAIN_IND

These PDUs are sent by the Link Layer in the Advertising state and received by a Link Layer in the Scanning state or Initiating state. The ADV_IND, ADV_DIRECT_IND, ADV_NONCONN_IND, and ADV_SCAN_IND PDUs are called "legacy advertising PDUs". The ADV_EXT_IND, AUX_ADV_IND, AUX_SYNC_IND, and AUX_CHAIN_IND PDUs are called "extended advertising PDUs". Advertising events using legacy advertising PDUs are called "legacy advertising events".

#### 2.3.1.1 ADV_IND

The Payload field of the ADV_IND PDU is shown in Figure 2.6. The PDU shall be used in connectable and scannable undirected advertising events. The TxAdd in the advertising physical channel PDU header indicates whether the advertiser's address in the AdvA field is public (TxAdd = 0) or random (TxAdd = 1). The ChSel field in the advertising physical channel PDU header shall be set to 1 if the advertiser supports the LE Channel Selection Algorithm #2 feature (see Section 4.5.8.3).

| Payload | |
|---|---|
| AdvA (6 octets) | AdvData (0-31 octets) |

Figure 2.6: ADV_IND PDU payload

The Payload consists of AdvA and AdvData fields. The AdvA field shall contain the advertiser's public or random device address as indicated by TxAdd. The AdvData field, if not empty, shall contain Advertising Data from the advertiser's Host.

https://www.bluetooth.com/specifications/specs/core-specification-5-3/

64.    Each of the Accused Products is capable of performing, and does perform, the operation of "then: determining if an entity or object associated with the proximity beacon service is in proximity to the mobile wireless device, by utilizing the identifier related information and the unique identifier." For example, each of the Accused Products includes and supports Apple's AirDrop and Find My features, including Offline Finding and AirTags. As shown in the following

paragraphs, each of these accused features in the Accused Products performs this operation by then determining if an entity or object associated with the proximity beacon service is in proximity to the mobile wireless device, by utilizing the identifier related information and the unique identifier.

65.     As shown herein, the Accused Products are capable of performing, and do perform, this operation via their AirDrop feature and associated functionality.

## Use AirDrop to send items to nearby Apple devices

With AirDrop, you can wirelessly send photos, videos, documents, and more to a nearby iPhone, iPad, or Mac. You can use AirDrop to send files to your own devices or to share files with others.

You can use AirDrop with an iPhone, iPad, and Mac.

Transfers are encrypted for security, and the recipient can accept or decline each transfer as it arrives.

*Note:* If you leave Bluetooth or Wi-Fi range after an AirDrop transfer is initiated, the transfer continues over the internet.



## Before you begin

Make sure of the following:

- Both devices have Wi-Fi and Bluetooth® turned on.
- The devices are within 30 feet (10 meters) of each other.

If you're using a VPN, make sure its configuration doesn't prevent local networking, as that may interfere with some Continuity features.

If you want to use AirDrop to send items between your Apple devices, sign in to your Apple Account to automatically accept and save the items.

https://support.apple.com/guide/iphone/use-airdrop-to-send-items-to-nearby-devices-iphcd8b9f0af/ios

## AirDrop operation

AirDrop uses iCloud services to help users authenticate. When a user signs in to iCloud, a 2048-bit RSA identity is stored on the device, and when the user turns on AirDrop, an AirDrop short identity hash is created based on the email addresses and phone numbers associated with the user's Apple Account.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

## Send an item with AirDrop

To send an item to someone with AirDrop, both you and your recipient must have turned on AirDrop and chosen to accept items either from Contacts or Everyone. If a recipient chooses to only accept items from a contact, you must be in their contacts list and they need to have your Apple Account email address or phone number included in your contact card.

Then do any of the following:

- *On an iPhone or iPad:* Open the item, then tap ⎙, Share, 👤, ⋯, or another button (depending on the app). Tap 👤, then tap the recipient you want to share with. The recipients you see are those who are nearby, have Wi-Fi and Bluetooth turned on, and are able to accept files from your device.

  💡 **Tip:** If you're within close range of someone in your contacts, you can initiate an AirDrop transfer by opening the file you want to share, then moving your iPhone close to your contact's iPhone (on supported models with iOS 17 or later).

- *On a Mac:* Open the item, click ⎙ in the toolbar, then click AirDrop. Select the recipient you want to share with. The recipients you see are those who are nearby, have Wi-Fi and Bluetooth turned on, and are able to accept files from your device.

  💡 **Tip:** You can also share items with AirDrop in the Finder. To open a Finder window, click 🙂 in the dock. Click AirDrop in the sidebar, then drag the item you want to share to the recipient you want to send it to.

To use AirDrop to securely share app and website passwords with someone using an iPhone, iPad, or Mac, see Share passkeys and passwords securely with AirDrop on iPhone, Share passkeys and passwords securely with AirDrop on iPad, or Share passwords and passkeys securely with AirDrop on Mac.

https://support.apple.com/guide/mac-help/use-airdrop-to-send-items-to-nearby-devices-mh35868/mac

**ORIGINAL COMPLAINT**                                                    **Page 45 of 156**

## Receive items with AirDrop

On your device, tap or click Accept on the AirDrop notification.

Most items are saved in the app that they're sent from. For example, if someone uses AirDrop to send you a photo from the Photos app, it's saved in the Photos app on your device.

Depending on the device, you might find your files in other places. On an iPhone or iPad, some items may be saved in the Files app. On a Mac, some items are automatically saved in the Downloads folder. You may also have the option to choose where to save items.

*Note:* If you opened AirDrop in the Finder on a Mac, the notification to accept or decline appears here, rather than in Notification Center.

If you send items from one of your Apple devices to another (for example, from your Mac to your iPhone), and you're signed in to the same Apple Account for iCloud on both devices, the item is automatically accepted and saved.

https://support.apple.com/guide/mac-help/use-airdrop-to-send-items-to-nearby-devices-mh35868/mac



FIG. 8

U.S. Patent No. 9,853,719 ("AirDrop" Patent), FIG. 8 (annotated), https://patents.google.com/patent/US9853719B2/en?oq=9%2c853%2c719.

When a user chooses AirDrop as the method for sharing an item, the sending device emits an AirDrop signal over BLE that includes the user's AirDrop short identity hash. Other Apple devices that are awake, in close proximity, and have AirDrop turned on, detect the signal and respond using peer-to-peer Wi-Fi, so that the sending device can discover the identity of any responding devices.

In Contacts Only mode, the received AirDrop short identity hash is compared with hashes of people in the receiving device's Contacts app. If a match is found, the receiving device responds over peer-to-peer Wi-Fi with its identity information. If there is no match, the device doesn't respond.

In Everyone mode, the same overall process is used. However, the receiving device responds even if there is no match in the device's Contacts app.

The sending device then initiates an AirDrop connection using peer-to-peer Wi-Fi, using this connection to send a long identity hash to the receiving device. If the long identity hash matches the hash of a known person in the receiver's Contacts, then the receiver responds with its long identity hashes.

If the hashes are verified, the recipient's first name and photo (if present in Contacts) are displayed in the sender's AirDrop share sheet. On devices with iOS and iPadOS, they are shown in the "People" or "Devices" section. Devices that aren't verified or authenticated are displayed in the sender's AirDrop share sheet with a silhouette icon and the device's name, as defined in Settings > General > About > Name. They're placed in the "Other People" section of the AirDrop share sheet.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

66.    As shown herein, the Accused Products are capable of performing, and do perform, this operation via their Find My features and associated functionalities.

AirTag lets you easily track things like your keys, wallet, purse, backpack, luggage, and more. Simply set it up with your iPhone or iPad and attach it to your item, and your AirTag shows up in the Items tab in the Find My app.

AirTag and devices that are part of the Find My network accessory program, and some AirPod models — AirPods 3, AirPods Pro 1, and AirPods Max — use the Find My network to help you keep track of and find your belongings.* After you set up a compatible item, it shows up in the Devices or Items tab in the Find My app.

AirTag, AirPods, and other Find My network accessories include features to guard against unwanted tracking. They should not be used to track people, and should not be used to track property that does not belong to you. Using these products to track people without their consent is a crime in many countries and regions around the world. If an AirTag, set of AirPods, or Find My network accessory is discovered to be unlawfully tracking a person, law enforcement can request any available information from Apple to support their investigation.

AirTag, AirPods, and Find My network accessories are designed to protect your privacy when you're using them to keep track of important items. They have unique Bluetooth identifiers that change frequently. The Find My network uses end-to-end encryption and is built with privacy in mind.

**ORIGINAL COMPLAINT**

Find My displays a map of where the AirTag, set of AirPods, Find My network accessory, or compatible Bluetooth location-tracking device has been observed with you. The red dots show where the unknown item was detected near your iPhone or iPad. The dashed lines connecting the red dots help indicate the sequence where the item was detected with you. The red dots do not indicate when the item's owner is viewing the item's location.



https://support.apple.com/en-us/119874

- When you sign in to iCloud with your Apple Account, you will enable certain Find My features on supported devices, including participation in the Find My network.
- The location of your device or accessory, as well as information about your device and your account, may be used to help you locate your Find My–enabled devices and supported accessories.

https://www.apple.com/legal/privacy/data/en/find-my/

When you sign in and enable iCloud on your device, certain features of
Find My are enabled automatically. These include participation in the
Find My network, a crowdsourced network of Apple devices that helps
find missing devices or compatible items as described below, and the
ability to play a sound on your device, remotely lock and display a
message on it, or remotely erase it. You also will receive notifications if
you are separated from your supported devices and items. Your iPhone,
iPad, iPod touch, Apple Watch, Apple Vision Pro, and certain Mac
computers will be protected with Activation Lock, and cannot be erased
and reactivated without your password. For more information, visit
support.apple.com/108794 or support.apple.com/102541. Enabling
Find My on your iPhone will automatically enable it on any paired
Apple Watch. You can also separately enable Find My for an
Apple Watch, which will enable it on your paired iPhone.

https://www.apple.com/legal/privacy/data/en/find-my/

Find My can use the Find My network to help find devices even if they are
not connected to the internet and, for supported devices, even if they are
turned off or erased. Devices in the Find My network use Bluetooth
wireless technology to detect missing devices or compatible items nearby,
including AirTags and compatible third-party products registered to your
Apple Account, and report their approximate location back to the owner. If
a device is turned off or erased, that location is also visible to members of
the owner's Family Sharing group with whom they have chosen to share
the location. The interaction is end-to-end encrypted, and Apple cannot
see the location of any offline device or reporting device. When your
device participates in the Find My network, it can both be located by the
network and anonymously help locate other missing devices. You can
choose to have your iOS or iPadOS device not participate in the Find My
network by going to Settings > [your name] > Find My > Find My [device]
and tapping to disable Find My network. You can choose to have your Mac
not participate in the Find My network by going to System Settings > [your
name] > iCloud, then in Saved to iCloud, clicking See All > Find My Mac >
Turn Off. For more information on AirTags and compatible third-party
products, including instructions on adding these products to Find My and
registering them to your Apple Account, visit support.apple.com/101602.

https://www.apple.com/legal/privacy/data/en/find-my/

**ORIGINAL COMPLAINT**                                    **Page 51 of 156**

## Add a compatible third-party product

To add a Find My network item to Find My, follow the manufacturer's instructions to connect the item to your iPhone. Then open Find My, tap Items, tap the Add button ✛, and tap Add Other Item. Follow the onscreen steps to finish setting up the item.



https://support.apple.com/en-us/101602

If you need to see a list of all AirTag, Find My Network accessories, and compatible Bluetooth location-tracking devices about which you have been notified, launch the Find My app on your iPhone or iPad. Tap Items. Scroll to the bottom and tap Items Detected With You. Items that have recently triggered an unwanted tracking alert will be listed. If the option to play a sound isn't available, the item might not be with you anymore, might be near its owner, or if it was with you overnight, its identifier might have changed.



https://support.apple.com/en-us/119874

## Separation Alerts

Apple in iOS 15 added Separation Alerts to the Find My app, which are designed to let you know if you leave an Apple device, a device attached to an AirTag, or a Find My-enabled third-party device behind.

 

You can set up Separation Alerts in the Find My app, so if you want to make sure your iPhone is always with you or that you don't leave the house without the keys, this is the feature to use.

https://www.macrumors.com/guide/airtags/

If an AirTag is lost or stolen, the Find My network can help you find it. The Find My Network takes advantage of hundreds of millions of iPhone, iPad, and Mac devices to help you locate an AirTag, with the AirTag showing up on a map when it is located by someone else's device.

In Lost Mode, an AirTag will automatically send out a notification when it's detected by someone in the Find My network, and you can add your contact info so someone who finds your item can get in touch with you.

https://www.macrumors.com/guide/airtags/

**ORIGINAL COMPLAINT**                                    **Page 54 of 156**

This works on iPhones and Android devices, so if you find an item, give it a scan to locate the owner. If in Lost Mode, the AirTag will also relay its location back to the owner through the Find My network.

https://www.macrumors.com/guide/airtags/

## AirTags Stalking

Apple has built in security restrictions that are designed to prevent an AirTag for being used for unwanted and secretive tracking purposes.



If an AirTag that someone else owns is in your belongings and has been traveling with for you awhile, your iPhone will send you an alert about an AirTag being detected near you, which will prevent someone from tracking you with a planted AirTag. You will get an alert on an AirTag that's with you when you return to your home address or to a location that's frequently visited.

When this happens, you'll see a notification that says "AirTag Detected," which you can tap to disable the AirTag. If the AirTag is attached to an item you're borrowing, you can choose to turn off "AirTag Detected" notifications for one day. If it's an item from a family member, you can turn off Safety Alerts for those who are in your Family Sharing group.

https://www.macrumors.com/guide/airtags/

## If you see an alert

If you see one of the following alerts on your iPhone or iPad, an item compatible with the Find My network or a compatible Bluetooth location-tracking device could be traveling with you, and the owner might be able to see its location.

It's possible that the AirTag or Find My network accessory might be attached to an item you're borrowing, or you might get this alert if you're borrowing someone else's AirPods. If you're borrowing an AirTag or another item compatible with the Find My network from a member of your Family Sharing group, you can turn off alerts for that item for one day, or indefinitely.

If an AirTag that's separated from its owner is seen moving with you over time, or if your iPhone is awake and an AirTag that isn't with its owner for a period of time emits a sound to indicate that it has moved, this alert is displayed: AirTag Found Moving With You.



Find My displays a map of where the AirTag, set of AirPods, Find My network accessory, or compatible Bluetooth location-tracking device has been observed with you. The red dots show where the unknown item was detected near your iPhone or iPad. The dashed lines connecting the red dots help indicate the sequence where the item was detected with you. The red dots do not indicate when the item's owner is viewing the item's location.

https://support.apple.com/en-us/119874

If the unknown accessory is an AirTag and you have a supported iPhone model with Ultra Wideband, you can also tap Find Nearby to use Precision Finding to help you locate the unknown AirTag.

1. Tap the alert.

2. Tap Continue, then tap Find Nearby.

3. Follow the onscreen instructions and move around the space until your iPhone connects to the unknown AirTag.

4. Your iPhone displays the distance and direction to the unknown AirTag. Use that information to get closer to the unknown AirTag until you find it.

   ○ When the AirTag is within Bluetooth range of your iPhone, you can play a sound on the AirTag by tapping the Play Sound button ⊙.

   ○ If your iPhone says that more light is required, tap the Turn Flashlight On button 🔦.

5. When you're done, tap the Done button ✕.

https://support.apple.com/en-us/119874

1. If you have found an AirTag, hold the top of your iPhone or NFC-capable smartphone near the white side of the AirTag until a notification appears.

2. Tap the notification. This opens a website that provides information about the AirTag, including its serial number and the last four digits of the phone number of the person who registered it. This can help you identify the owner, if you know them. You might want to take a screenshot to make sure that you can document the information.



https://support.apple.com/en-us/119874

**ORIGINAL COMPLAINT**                                                      **Page 57 of 156**

67.    Defendant has had knowledge of the '918 Patent and of its infringement of the '918 Patent at least through receipt of this Complaint. Additionally, and in the alternative, on information and belief, Defendant has had knowledge of the '918 Patent at least through Defendant's knowledge of the patent family of the '918 Patent when Defendant disclosed a patent from the patent family (U.S. Patent No. 8,385,913) before the USPTO during the prosecution of Defendant's U.S. Patent No. 9,853,719.

68.    On information and belief, despite Defendant's knowledge of the '918 Patent and of its infringement of the '918 Patent, Defendant has not sought to remedy its infringement or sought to identify any good faith belief as to why it does not infringe the '918 Patent.

69.    On information and belief, Defendant's actions represented a specific intent to induce infringement of at least claims 1 and 9 of the '918 Patent. For example, Defendant offered its customers extensive customer support and instructions that instructed and encouraged its customers to infringe the '918 Patent via at least their use of the Accused Products. *See, e.g.,* materials cited in paragraphs 50 through 68 above; https://support.apple.com/iphone (Apple's iPhone support page); https://support.apple.com/ipad (Apple's iPad support page); https://support.apple.com/mac/laptops (Apple's laptop support page); https://www.youtube.com/applesupport (Apple's YouTube support channel for Apple products, including Apple's smartphone, tablet, and laptop products). In addition, Apple operates retail stores through which it provides service and support for the Accused Products. https://www.apple.com/retail/geniusbar/.

70.    In addition, by receiving notice of the '918 Patent and Defendant's infringement thereof, Defendant obtained a subjective belief that there is a high probability that the Accused Products infringe the '918 Patent. Despite being put on notice of infringement, on information and

**ORIGINAL COMPLAINT**                                                    **Page 58 of 156**

belief Defendant has not taken actions to avoid the conduct alleged to infringe, has not offered any reasons as to why Defendant does not infringe the '918 Patent, and has not sought to remedy its infringements by offering to take a license. Defendant's failure to act reflects deliberate actions to avoid learning that the Accused Products infringe the '918 Patent and, more generally, a policy of not earnestly reviewing and respecting the intellectual property of others.

71.    Since issuance of the '918 Patent, and prior to Defendant having notice of infringement, neither SCT nor its predecessors or licensees have made, offered for sale, sold, or imported a product that practices any claim of the '918 Patent or that would otherwise require marking under 35 U.S.C. § 287.

72.    SCT may recover pre-suit damages for Defendant's infringement of the '918 Patent under 35 U.S.C. § 287.

73.    As a result of Defendant's infringement of the '918 Patent, SCT has suffered and is owed monetary damages adequate to compensate it for the infringement under 35 U.S.C. § 284, but in no event less than a reasonable royalty.

74.    Defendant's activities have been willful, egregious, wanton, and deliberate in disregard to SCT's rights, justifying a finding of willful infringement, enhanced damages under 35 U.S.C. § 284 and attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## **COUNT II – INFRINGEMENT OF THE '344 PATENT**

75.    SCT incorporates herein the allegations made in paragraphs 1 through 74.

76.    Defendant has directly infringed one or more claims of the '344 Patent, including, for example, claims 1, 29, and 30, in violation of 35 U.S.C. § 271(a) by making, using, selling, offering for sale, and/or importing into the United States infringing products including, but not limited to, the Accused Products.

**ORIGINAL COMPLAINT**                                                                                    **Page 59 of 156**

77.    Additionally, Defendant has indirectly infringed the '344 Patent in violation of 35 U.S.C. § 271(b) at least by inducing customers to purchase the Accused Products and/or by instructing customers how to use the Accused Products in a way that directly infringes at least claims 1, 29, and 30 of the '344 Patent.

78.    Each of the Accused Products performs "[a] method comprising" the steps set forth in the paragraphs herein.

79.    Each of the Accused Products is capable of performing, and does perform, the operation of "receiving, at a wireless device, via a short range wireless protocol, a first plurality of beacon transmissions, each beacon transmission comprising three fields (a) a MAC address, (b) a unique identifier, wherein the unique identifier of each respective beacon transmission does not directly identify a location of a beacon transmitter, and (c) a beacon service identifier, wherein the beacon service identifier of each respective beacon transmission identifies a wireless beacon service as opposed to identifying a communication network or a device accessible using the short range wireless protocol." For example, each of the Accused Products includes and supports Apple's AirDrop and Find My features, including Offline Finding and AirTags. As shown in the following paragraphs, each of these accused features in the Accused Products performs this operation by receiving, at a wireless device, via a short range wireless protocol, a first plurality of beacon transmissions, each beacon transmission comprising three fields (a) a MAC address, (b) a unique identifier, wherein the unique identifier of each respective beacon transmission does not directly identify a location of a beacon transmitter, and (c) a beacon service identifier, wherein the beacon service identifier of each respective beacon transmission identifies a wireless beacon service as opposed to identifying a communication network or a device accessible using the short range wireless protocol.

**ORIGINAL COMPLAINT**                                                    **Page 60 of 156**

80. As shown herein, the Accused Products are capable of performing, and do perform, this operation via their AirDrop features and associated functionalities.

## AirDrop security

Apple devices that support AirDrop use Bluetooth Low Energy (BLE) and Apple-created peer-to-peer Wi-Fi technology to send files and information to nearby devices, including AirDrop-capable iPhone and iPad devices with iOS 7 or later and Mac computers with OS X 10.11 or later. The Wi-Fi radio is used to communicate directly between devices without using any internet connection or wireless access point (AP). This connection is encrypted with TLS.

AirDrop is set to share with Contacts Only by default. Users can also choose to use AirDrop to share with everyone, or turn off the feature entirely. Organizations can restrict the use of AirDrop for devices or apps being managed by using a mobile device management (MDM) solution.

## AirDrop operation

AirDrop uses iCloud services to help users authenticate. When a user signs in to iCloud, a 2048-bit RSA identity is stored on the device, and when the user turns on AirDrop, an AirDrop short identity hash is created based on the email addresses and phone numbers associated with the user's Apple Account.

When a user chooses AirDrop as the method for sharing an item, the sending device emits an AirDrop signal over BLE that includes the user's AirDrop short identity hash. Other Apple devices that are awake, in close proximity, and have AirDrop turned on, detect the signal and respond using peer-to-peer Wi-Fi, so that the sending device can discover the identity of any responding devices.

In Contacts Only mode, the received AirDrop short identity hash is compared with hashes of people in the receiving device's Contacts app. If a match is found, the receiving device responds over peer-to-peer Wi-Fi with its identity information. If there is no match, the device doesn't respond.

In Everyone mode, the same overall process is used. However, the receiving device responds even if there is no match in the device's Contacts app.

The sending device then initiates an AirDrop connection using peer-to-peer Wi-Fi, using this connection to send a long identity hash to the receiving device. If the long identity hash matches the hash of a known person in the receiver's Contacts, then the receiver responds with its long identity hashes.

If the hashes are verified, the recipient's first name and photo (if present in Contacts) are displayed in the sender's AirDrop share sheet. On devices with iOS and iPadOS, they are shown in the "People" or "Devices" section. Devices that aren't verified or authenticated are displayed in the sender's AirDrop share sheet with a silhouette icon and the device's name, as defined in Settings > General > About > Name. They're placed in the "Other People" section of the AirDrop share sheet.

**ORIGINAL COMPLAINT**                                         **Page 61 of 156**

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

# Which Beacons Transmit a MAC Address?

A MAC (Media Access Control) address is a hardware identification number that uniquely identifies each device. In the context of Bluetooth, a MAC address is used to identify a specific Bluetooth device, such as a smartphone, headset or a Bluetooth beacon. All beacons transmit a Bluetooth MAC Address which is a 48-bit address usually represented in hexadecimal format like this: 0123456789AB.

All devices such as smartphones can see the incoming MAC addresses that are sent as part of the device discovery stage rather than the main Bluetooth LE advertising payload. iOS is a bit strange and non-standard because it hides detected Bluetooth MAC address from apps, and hence from users, when detecting beacons and other Bluetooth devices.

No such restriction happens on Android or any other device. The rationale is probably that Apple wants you to use their ids, the iBeacon UUID, major and minor or the Peripheral Id rather than the MAC address. Apple also probably think they are protecting privacy in some way. A few beacons and other devices such as sensors and fitness trackers additionally put the MAC address into the advertising payload which circumvents Apple's restrictions and allows reading of the MAC address by apps.

https://www.beaconzone.co.uk/blog/which-beacons-transmit-a-mac-address/#:~:text



**Fig. 1.** Structure of a BLE advertisement packet used to carry data of Apple Continuity protocols. The data are stored in a `Manufacturer Specific Data` AD structure (`0xFF`) which starts with the company identifier of Apple (`0x004C`), followed by one or several continuity messages (CM) presented as a Type-Length-Value (TLV) format. *Flags* is an optional AD structure that is not specific to Apple Continuity protocols.

https://petsymposium.org/popets/2020/popets-2020-0003.pdf

### 2.3.1 Advertising PDUs

The following advertising physical channel PDU Types are called advertising PDUs:

- ADV_IND
- ADV_DIRECT_IND
- ADV_NONCONN_IND
- ADV_SCAN_IND
- ADV_EXT_IND
- AUX_ADV_IND
- AUX_SYNC_IND
- AUX_CHAIN_IND

These PDUs are sent by the Link Layer in the Advertising state and received by a Link Layer in the Scanning state or Initiating state. The ADV_IND, ADV_DIRECT_IND, ADV_NONCONN_IND, and ADV_SCAN_IND PDUs are called "legacy advertising PDUs". The ADV_EXT_IND, AUX_ADV_IND, AUX_SYNC_IND, and AUX_CHAIN_IND PDUs are called "extended advertising PDUs". Advertising events using legacy advertising PDUs are called "legacy advertising events".

#### 2.3.1.1 ADV_IND

The Payload field of the ADV_IND PDU is shown in Figure 2.6. The PDU shall be used in connectable and scannable undirected advertising events. The TxAdd in the advertising physical channel PDU header indicates whether the advertiser's address in the AdvA field is public (TxAdd = 0) or random (TxAdd = 1). The ChSel field in the advertising physical channel PDU header shall be set to 1 if the advertiser supports the LE Channel Selection Algorithm #2 feature (see Section 4.5.8.3).

| Payload | |
|---|---|
| AdvA<br>(6 octets) | AdvData<br>(0-31 octets) |

*Figure 2.6: ADV_IND PDU payload*

The Payload consists of AdvA and AdvData fields. The AdvA field shall contain the advertiser's public or random device address as indicated by TxAdd. The AdvData field, if not empty, shall contain Advertising Data from the advertiser's Host.

https://www.bluetooth.com/specifications/specs/core-specification-5-3/

**ORIGINAL COMPLAINT**　　　　　　　　　　　　　　　　　**Page 64 of 156**

| Apple CM type | Code | Message emission |
|---|---|---|
| AirPrint | 0x03 | On user action |
| AirDrop | 0x05 | On user action |
| HomeKit | 0x06 | Constantly |
| Proximity Pairing | 0x07 | Constantly |
| "Hey Siri" | 0x08 | On user action |
| AirPlay | 0x09 | On user action |
| Magic Switch | 0x0B | On user physical[13] action |
| Handoff | 0x0C | On user action |
| Instant Hotspot | | |
| *Tethering Target Presence* | 0x0D | On user action |
| *Tethering Source Presence* | 0x0E | Reaction to *Target Presence* |
| Nearby | | |
| *Nearby Action* | 0x0F | On user action |
| *Nearby Info* | 0x10 | Constantly |

https://petsymposium.org/popets/2020/popets-2020-0003.pdf



FIG. 6

U.S.       Patent       No.       9,853,719       ("AirDrop"       Patent),       FIG.       6,

https://patents.google.com/patent/US9853719B2/en?oq=9%2c853%2c719.

81. As shown herein, the Accused Products are capable of performing, and do perform, this operation via their Find My features and associated functionalities.

**Master Beacon and Advertisement Keys.** Initially, each owner device generates a private–public key pair $(d_0, p_0)$ on the NIST P-224 curve and a 32-byte symmetric key $SK_0$ that together form the *master beacon key*. Those keys are never sent out via BLE and are used to derive the rolling advertisement keys included in the BLE advertisements.

OF makes device tracking hard by regularly changing the contents of the BLE advertisements. In particular, OF uses the concept of *rolling* keys that can be deterministically derived if one knows the initial input keys $(d_0, p_0)$ and $SK_0$ but are otherwise unlinkable. OF iteratively calculates the *advertisement keys* $(d_i, p_i)$ for $i > 0$ as follows using the ANSI X.963 key derivation function (KDF) with SHA-256 [33] and a generator $G$ of the NIST P-224 curve:

$$SK_i = \text{KDF}(SK_{i-1}, \text{"update"}, 32) \qquad (1)$$
$$(u_i, v_i) = \text{KDF}(SK_i, \text{"diversify"}, 72) \qquad (2)$$
$$d_i = (d_0 * u_i) + v_i \qquad (3)$$
$$p_i = d_i * G \qquad (4)$$

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Key Synchronization.** All owner devices need to access the advertisement keys to download and decrypt location reports. Therefore, OF synchronizes the master beacon keys via iCloud in a property list file encrypted under Advanced Encryption Standard in Galois/Counter Mode (AES-GCM). The decryption key for the file is stored in the iCloud keychain under the label "Beacon Store."

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

An OF device that loses its Internet connection starts emitting BLE advertisements. This advertisement contains the 224 bit (28 bytes) public part[2] of the advertisement key $(p_i)$, but required some engineering effort to fit in a single BLE packet.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Owner Devices.** Owner devices share a common Apple ID and can use the *Find My* application on macOS and iOS to search for any devices of the same owner.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

## Find My security

The Find My app for Apple devices is built on a foundation of advanced public key cryptography.

### Overview

The Find My app combines Find My iPhone and Find My Friends into a single app in iOS, iPadOS, and macOS. Find My can help users locate a missing device, even an offline Mac. An online device can simply report its location to the user via iCloud. Find My works offline by sending out short range Bluetooth signals from the missing device that can be detected by other Apple devices in use nearby. Those nearby devices then relay the detected location of the missing device to iCloud so users can locate it in the Find My app—all while protecting the privacy and security of all the users involved. Find My even works with a Mac that's offline and asleep.

Using Bluetooth and the hundreds of millions of iPhone, iPad, and Mac devices in active use around the world, a user can locate their missing device even if it can't connect to a Wi-Fi or cellular network. Any iPhone, iPad, or Mac with "offline finding" turned on in Find My settings can act as a "finder device." This means the device can detect the presence of another missing offline device using Bluetooth and then use its network connection to report an approximate location back to the owner. When a device has offline finding enabled, it also means that it can be located by other participants in the same way. This entire interaction is end-to-end encrypted, anonymous, and designed to be battery and data efficient. There is minimal impact on battery life and cellular data plan usage, and user privacy is better protected.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

When a device goes missing and can't connect to Wi-Fi or cellular—for example, a MacBook Pro is left on a park bench—it begins periodically broadcasting the derived public key $P_i$ for a limited period of time in a Bluetooth payload. By using P-224, the public key representation can fit into a single Bluetooth payload. The surrounding devices can then help in the finding of the offline device by encrypting their location to the public key. Approximately every 15 minutes, the public key is replaced by a new one using an incremented value of the counter and the process above so that the user can't be tracked by a persistent identifier. The derivation mechanism is designed to prevent the various public keys $P_i$ from being linked to the same device.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

**ORIGINAL COMPLAINT**                                    **Page 67 of 156**

## Using Find My to locate missing Apple devices

Any Apple devices within Bluetooth range that have offline finding enabled can detect a signal from another Apple device configured to allow Find My and read the current broadcast key $P_i$. Using an ECIES construction and the public key $P_i$ from the broadcast, the finder devices encrypt their current location information and relay it to Apple. The encrypted location is associated with a server index which is computed as the SHA256 hash of the P-224 public key $P_i$ obtained from the Bluetooth payload. Apple never has the decryption key, so Apple can't read the location encrypted by the finder. The owner of the missing device can reconstruct the index and decrypt the encrypted location.



https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

## Locating devices that are offline

If a user has Find My iPhone enabled on their device, offline finding is turned on by default when they upgrade a device to iOS 13 or later, iPadOS 13.1 or later, and macOS 10.15 or later. This is designed to ensure that every user has the best possible chance to locate their device if it goes missing. However, if at any time the user prefers not to participate, they can disable offline finding in Find My settings on their device. When offline finding is disabled, the device no longer acts as a finder nor is it detectable by other finder devices. However, the user can still locate the device as long as it can connect to a Wi-Fi or cellular network.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

## 2.1 Bluetooth Low Energy

Bluetooth Low Energy (BLE) [19] is designed for small battery-powered devices such as smartwatches and fitness trackers with low data rates. Devices can broadcast BLE advertisements to inform nearby devices about their presence. The maximum BLE advertisement payload size is 31 bytes [19]. Apple heavily relies on custom BLE advertisements to announce their proprietary services such as AirDrop and bootstrap their protocols over Wi-Fi or Apple Wireless Direct Link (AWDL) [21, 36, 48]. OF devices also use BLE advertisements to inform nearby finders about their presence [6].

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

# 3 Apple Offline Finding Overview

Apple introduced OF in 2019 for iOS 13, macOS 10.15, and watchOS 6 [10]. OF enables locating Apple devices without an Internet connection and promises to operate in a privacy-preserving manner. In 2020, Apple announced to support third-party BLE-enabled devices to be tracked by the OF network [11] and released a protocol specification for their integration [6]. We found that this public specification is incomplete concerning the overall OF system. Within this paper, we focus on our recovered specification that was partly validated by the accessory specification [6].

In the following, we give a brief overview of how OF works and introduce the different roles of devices. Fig. 1 depicts the interplay of the roles and protocols involved in OF. In particular, OF involves (1) initial pairing of owner devices, (2) broadcasting BLE advertisements that contain a rolling public key, (3) uploading encrypted location reports to Apple's servers, and (4) retrieving the location reports on owner devices. The terminology of the roles below has been derived from the official documentation [6].

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf



**Fig. 1.** Simplified offline finding (OF) workflow.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Network Analysis.** We can identify a service's protocols by monitoring network interfaces, which helps understand the information exchange with external parties. OF uses two protocols: BLE for advertisements and HTTPS for server communication. To understand the embedded custom protocols and payloads, we rely on two sets of tools. For BLE, we use BTLEmap [31] to capture all BLE advertisements. As we already know the basic frame format of Apple's custom advertisements from related work [21, 36], we were able to identify OF as a new subtype. HTTPS proxies such as [50] decrypt HTTPS sessions by masquerading as both HTTP client and server and using self-signed TLS certificates. To access OF-related traffic, we disabled *certificate pinning*, which OF clients use for all server communication.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

In short, devices and accessories in lost mode send out BLE advertisements containing a public key. Finder devices receive them, encrypt their location by using the public key, and upload a report to Apple's servers. This results in an end-to-end encrypted location report that cannot be read by Apple or any other third-party that does not have access to the owner's private keys.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Master Beacon and Advertisement Keys.** Initially, each owner device generates a private–public key pair $(d_0, p_0)$ on the NIST P-224 curve and a 32-byte symmetric key $SK_0$ that together form the *master beacon key*. Those keys are never sent out via BLE and are used to derive the rolling advertisement keys included in the BLE advertisements.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Key Synchronization.** All owner devices need to access the advertisement keys to download and decrypt location reports. Therefore, OF synchronizes the master beacon keys via iCloud in a property list file encrypted under Advanced Encryption Standard in Galois/Counter Mode (AES-GCM). The decryption key for the file is stored in the iCloud keychain under the label "Beacon Store."

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Encryption.** The BLE advertisements sent out by a lost device contain an EC public key $p_i$. A finder device that receives such an advertisement determines its current location and encrypts the location with $p_i$.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Decryption.** An owner device that retrieves encrypted location reports follows the inverse of the encryption procedure. First, the owner device selects the proper advertisement keys $(d_i, p_i)$ based on the hashed $p_i$ of the location report. Second, it performs the ECDH key exchange with the finder's ephemeral public key $p'$ and the lost device's private key $d_i$ to compute the symmetric key $e'$ and the IV. Finally, the owner can use $e'$ and IV to decrypt the location report.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

## 6.2 Losing

An OF device that loses its Internet connection starts emitting BLE advertisements. This advertisement contains the 224 bit (28 bytes) public part[2] of the advertisement key $(p_i)$, but required some engineering effort to fit in a single BLE packet.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**ORIGINAL COMPLAINT**                                      **Page 71 of 156**



**Fig. 1.** Structure of a BLE advertisement packet used to carry data of Apple Continuity protocols. The data are stored in a `Manufacturer Specific Data` AD structure (`0xFF`) which starts with the company identifier of Apple (`0x004C`), followed by one or several continuity messages (CM) presented as a Type-Length-Value (TLV) format. *Flags* is an optional AD structure that is not specific to Apple Continuity protocols.

https://petsymposium.org/popets/2020/popets-2020-0003.pdf

| Apple CM type | Code | Message emission |
|---|---|---|
| AirPrint | 0x03 | On user action |
| AirDrop | 0x05 | On user action |
| HomeKit | 0x06 | Constantly |
| Proximity Pairing | 0x07 | Constantly |
| "Hey Siri" | 0x08 | On user action |
| AirPlay | 0x09 | On user action |
| Magic Switch | 0x0B | On user physical[13] action |
| Handoff | 0x0C | On user action |
| Instant Hotspot | | |
| *Tethering Target Presence* | 0x0D | On user action |
| *Tethering Source Presence* | 0x0E | Reaction to *Target Presence* |
| Nearby | | |
| *Nearby Action* | 0x0F | On user action |
| *Nearby Info* | 0x10 | Constantly |

https://petsymposium.org/popets/2020/popets-2020-0003.pdf



FIG. 6

U.S. Patent No. 9,853,719 ("AirDrop" Patent), FIG. 6 (annotated), https://patents.google.com/patent/US9853719B2/en?oq=9%2c853%2c719.

**Table 2.** OF advertisement format (with zero-indexed bytes).

| Bytes | Content (details cf. [6, § 5.1]) |
|---|---|
| 0–5 | BLE address $((p_i[0] \mid (0b11 \ll 6)) \mid\mid p_i[1..5])$ |
| 6 | Payload length in bytes (30) |
| 7 | Advertisement type (0xFF for manufacturer-specific data) |
| 8–9 | Company ID (0x004C) |
| 10 | OF type (0x12) |
| 11 | OF data length in bytes (25) |
| 12 | Status (e.g., battery level) |
| 13–34 | Public key bytes $p_i[6..27]$ |
| 35 | Public key bits $p_i[0] \gg 6$ |
| 36 | Hint (0x00 on iOS reports) |

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

| Bluetooth | Device tracking via BLE advertisements | ✗ | BLE payload and address are determined by the advertisement key, which is changed at 15 min intervals, making long-term tracking hard. |
|---|---|---|---|
| | Remote code execution (RCE) | ✗ | As OF uses non-connectable mode to emit advertisements, devices remain secure against RCE attacks on the Bluetooth firmware [42]. |
| | Denial-of-service (DoS) | ✓ (A2) | An attacker could emit/relay legitimate advertisements at other physical locations to pollute the set of location reports. |

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

### 2.3.1 Advertising PDUs

The following advertising physical channel PDU Types are called advertising PDUs:

- ADV_IND
- ADV_DIRECT_IND
- ADV_NONCONN_IND
- ADV_SCAN_IND
- ADV_EXT_IND
- AUX_ADV_IND
- AUX_SYNC_IND
- AUX_CHAIN_IND

These PDUs are sent by the Link Layer in the Advertising state and received by a Link Layer in the Scanning state or Initiating state. The ADV_IND, ADV_DIRECT_IND, ADV_NONCONN_IND, and ADV_SCAN_IND PDUs are called "legacy advertising PDUs". The ADV_EXT_IND, AUX_ADV_IND, AUX_SYNC_IND, and AUX_CHAIN_IND PDUs are called "extended advertising PDUs". Advertising events using legacy advertising PDUs are called "legacy advertising events".

#### 2.3.1.1 ADV_IND

The Payload field of the ADV_IND PDU is shown in Figure 2.6. The PDU shall be used in connectable and scannable undirected advertising events. The TxAdd in the advertising physical channel PDU header indicates whether the advertiser's address in the AdvA field is public (TxAdd = 0) or random (TxAdd = 1). The ChSel field in the advertising physical channel PDU header shall be set to 1 if the advertiser supports the LE Channel Selection Algorithm #2 feature (see Section 4.5.8.3).

| Payload | |
|---|---|
| AdvA<br>(6 octets) | AdvData<br>(0-31 octets) |

*Figure 2.6: ADV_IND PDU payload*

The Payload consists of AdvA and AdvData fields. The AdvA field shall contain the advertiser's public or random device address as indicated by TxAdd. The AdvData field, if not empty, shall contain Advertising Data from the advertiser's Host.

https://www.bluetooth.com/specifications/specs/core-specification-5-3/

82.    Each of the Accused Products is capable of performing, and does perform, the operation of "receiving, at the wireless device via a second wireless protocol, stored information from one or more servers, the stored information relating to a particular entity or object associated with a first unique identifier, and wherein the second wireless protocol is different from the short range wireless protocol." For example, each of the Accused Products includes and supports

Apple's AirDrop and Find My features, including Offline Finding and AirTags. As shown in the following paragraphs, each of these accused features in the Accused Products performs this operation by receiving, at the wireless device via a second wireless protocol, stored information from one or more servers, the stored information relating to a particular entity or object associated with a first unique identifier, and wherein the second wireless protocol is different from the short range wireless protocol.

83.    As shown herein, the Accused Products are capable of performing, and do perform, this operation via their AirDrop features and associated functionalities.

## Use AirDrop to send items to nearby Apple devices

With AirDrop, you can wirelessly send photos, videos, documents, and more to a nearby iPhone, iPad, or Mac. You can use AirDrop to send files to your own devices or to share files with others.

You can use AirDrop with an iPhone, iPad, and Mac.

Transfers are encrypted for security, and the recipient can accept or decline each transfer as it arrives.

*Note:* If you leave Bluetooth or Wi-Fi range after an AirDrop transfer is initiated, the transfer continues over the internet.



### Before you begin

Make sure of the following:

- Both devices have Wi-Fi and Bluetooth® turned on.
- The devices are within 30 feet (10 meters) of each other.

If you're using a VPN, make sure its configuration doesn't prevent local networking, as that may interfere with some Continuity features.

If you want to use AirDrop to send items between your Apple devices, sign in to your Apple Account to automatically accept and save the items.

https://support.apple.com/guide/iphone/use-airdrop-to-send-items-to-nearby-devices-iphcd8b9f0af/ios

## AirDrop operation

AirDrop uses iCloud services to help users authenticate. When a user signs in to iCloud, a 2048-bit RSA identity is stored on the device, and when the user turns on AirDrop, an AirDrop short identity hash is created based on the email addresses and phone numbers associated with the user's Apple Account.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

84.    As shown herein, the Accused Products are capable of performing, and do perform, this operation via their Find My features and associated functionalities.

AirTag lets you easily track things like your keys, wallet, purse, backpack, luggage, and more. Simply set it up with your iPhone or iPad and attach it to your item, and your AirTag shows up in the Items tab in the Find My app.

AirTag and devices that are part of the Find My network accessory program, and some AirPod models — AirPods 3, AirPods Pro 1, and AirPods Max — use the Find My network to help you keep track of and find your belongings.* After you set up a compatible item, it shows up in the Devices or Items tab in the Find My app.

AirTag, AirPods, and other Find My network accessories include features to guard against unwanted tracking. They should not be used to track people, and should not be used to track property that does not belong to you. Using these products to track people without their consent is a crime in many countries and regions around the world. If an AirTag, set of AirPods, or Find My network accessory is discovered to be unlawfully tracking a person, law enforcement can request any available information from Apple to support their investigation.

AirTag, AirPods, and Find My network accessories are designed to protect your privacy when you're using them to keep track of important items. They have unique Bluetooth identifiers that change frequently. The Find My network uses end-to-end encryption and is built with privacy in mind.

Find My displays a map of where the AirTag, set of AirPods, Find My network accessory, or compatible Bluetooth location-tracking device has been observed with you. The red dots show where the unknown item was detected near your iPhone or iPad. The dashed lines connecting the red dots help indicate the sequence where the item was detected with you. The red dots do not indicate when the item's owner is viewing the item's location.



https://support.apple.com/en-us/119874

- When you sign in to iCloud with your Apple Account, you will enable certain Find My features on supported devices, including participation in the Find My network.

- The location of your device or accessory, as well as information about your device and your account, may be used to help you locate your Find My–enabled devices and supported accessories.

https://www.apple.com/legal/privacy/data/en/find-my/

**ORIGINAL COMPLAINT**                                                    **Page 77 of 156**

When you sign in and enable iCloud on your device, certain features of Find My are enabled automatically. These include participation in the Find My network, a crowdsourced network of Apple devices that helps find missing devices or compatible items as described below, and the ability to play a sound on your device, remotely lock and display a message on it, or remotely erase it. You also will receive notifications if you are separated from your supported devices and items. Your iPhone, iPad, iPod touch, Apple Watch, Apple Vision Pro, and certain Mac computers will be protected with Activation Lock, and cannot be erased and reactivated without your password. For more information, visit support.apple.com/108794 or support.apple.com/102541. Enabling Find My on your iPhone will automatically enable it on any paired Apple Watch. You can also separately enable Find My for an Apple Watch, which will enable it on your paired iPhone.

https://www.apple.com/legal/privacy/data/en/find-my/

Find My can use the Find My network to help find devices even if they are not connected to the internet and, for supported devices, even if they are turned off or erased. Devices in the Find My network use Bluetooth wireless technology to detect missing devices or compatible items nearby, including AirTags and compatible third-party products registered to your Apple Account, and report their approximate location back to the owner. If a device is turned off or erased, that location is also visible to members of the owner's Family Sharing group with whom they have chosen to share the location. The interaction is end-to-end encrypted, and Apple cannot see the location of any offline device or reporting device. When your device participates in the Find My network, it can both be located by the network and anonymously help locate other missing devices. You can choose to have your iOS or iPadOS device not participate in the Find My network by going to Settings > [your name] > Find My > Find My [device] and tapping to disable Find My network. You can choose to have your Mac not participate in the Find My network by going to System Settings > [your name] > iCloud, then in Saved to iCloud, clicking See All > Find My Mac > Turn Off. For more information on AirTags and compatible third-party products, including instructions on adding these products to Find My and registering them to your Apple Account, visit support.apple.com/101602.

https://www.apple.com/legal/privacy/data/en/find-my/

**ORIGINAL COMPLAINT**                                    **Page 78 of 156**

**Add a compatible third-party product**

To add a Find My network item to Find My, follow the manufacturer's instructions to connect the item to your iPhone. Then open Find My, tap Items, tap the Add button ＋, and tap Add Other Item. Follow the onscreen steps to finish setting up the item.



https://support.apple.com/en-us/101602

85.     Each of the Accused Products is capable of performing, and does perform, the operation of "causing selection of one or more of the unique identifiers from the first plurality of beacon transmissions, by filtering the beacon transmissions which include a particular beacon service identifier indicating that a particular received beacon transmission is associated with a particular wireless beacon service." For example, each of the Accused Products includes and supports Apple's AirDrop and Find My features, including Offline Finding and AirTags. As shown in the following paragraphs, each of these accused features in the Accused Products performs this operation by causing selection of one or more of the unique identifiers from the first plurality of beacon transmissions, by filtering the beacon transmissions which include a particular beacon

service identifier indicating that a particular received beacon transmission is associated with a particular wireless beacon service.

86. As shown herein, the Accused Products are capable of performing, and do perform, this operation via their AirDrop features and associated functionalities.

When a user chooses AirDrop as the method for sharing an item, the sending device emits an AirDrop signal over BLE that includes the user's AirDrop short identity hash. Other Apple devices that are awake, in close proximity, and have AirDrop turned on, detect the signal and respond using peer-to-peer Wi-Fi, so that the sending device can discover the identity of any responding devices.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf



FIG. 6

U.S. Patent No. 9,853,719 ("AirDrop" Patent), FIG. 6, https://patents.google.com/patent/US9853719B2/en?oq=9%2c853%2c719.



**Fig. 1.** Structure of a BLE advertisement packet used to carry data of Apple Continuity protocols. The data are stored in a `Manufacturer Specific Data` AD structure (`0xFF`) which starts with the company identifier of Apple (`0x004C`), followed by one or several continuity messages (CM) presented as a Type-Length-Value (TLV) format. *Flags* is an optional AD structure that is not specific to Apple Continuity protocols.

https://petsymposium.org/popets/2020/popets-2020-0003.pdf

| Apple CM type | Code | Message emission |
|---|---|---|
| AirPrint | 0x03 | On user action |
| AirDrop | 0x05 | On user action |
| HomeKit | 0x06 | Constantly |
| Proximity Pairing | 0x07 | Constantly |
| "Hey Siri" | 0x08 | On user action |
| AirPlay | 0x09 | On user action |
| Magic Switch | 0x0B | On user physical[13] action |
| Handoff | 0x0C | On user action |
| Instant Hotspot | | |
| *Tethering Target Presence* | 0x0D | On user action |
| *Tethering Source Presence* | 0x0E | Reaction to *Target Presence* |
| Nearby | | |
| *Nearby Action* | 0x0F | On user action |
| *Nearby Info* | 0x10 | Constantly |

https://petsymposium.org/popets/2020/popets-2020-0003.pdf

87.    As shown herein, the Accused Products are capable of performing, and do perform, this operation via their Find My features and associated functionalities.

**Master Beacon and Advertisement Keys.** Initially, each owner device generates a private–public key pair $(d_0, p_0)$ on the NIST P-224 curve and a 32-byte symmetric key $SK_0$ that together form the *master beacon key*. Those keys are never sent out via BLE and are used to derive the rolling advertisement keys included in the BLE advertisements.

OF makes device tracking hard by regularly changing the contents of the BLE advertisements. In particular, OF uses the concept of *rolling* keys that can be deterministically derived if one knows the initial input keys $(d_0, p_0)$ and $SK_0$ but are otherwise unlinkable. OF iteratively calculates the *advertisement keys* $(d_i, p_i)$ for $i > 0$ as follows using the ANSI X.963 key derivation function (KDF) with SHA-256 [33] and a generator $G$ of the NIST P-224 curve:

$$SK_i = \text{KDF}(SK_{i-1}, \text{"update"}, 32) \qquad (1)$$

$$(u_i, v_i) = \text{KDF}(SK_i, \text{"diversify"}, 72) \qquad (2)$$

$$d_i = (d_0 * u_i) + v_i \qquad (3)$$

$$p_i = d_i * G \qquad (4)$$

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Key Synchronization.** All owner devices need to access the advertisement keys to download and decrypt location reports. Therefore, OF synchronizes the master beacon keys via iCloud in a property list file encrypted under Advanced Encryption Standard in Galois/Counter Mode (AES-GCM). The decryption key for the file is stored in the iCloud keychain under the label "Beacon Store."

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

An OF device that loses its Internet connection starts emitting BLE advertisements. This advertisement contains the 224 bit (28 bytes) public part[2] of the advertisement key $(p_i)$, but required some engineering effort to fit in a single BLE packet.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Owner Devices.** Owner devices share a common Apple ID and can use the *Find My* application on macOS and iOS to search for any devices of the same owner.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

## Find My security

The Find My app for Apple devices is built on a foundation of advanced public key cryptography.

### Overview

The Find My app combines Find My iPhone and Find My Friends into a single app in iOS, iPadOS, and macOS. Find My can help users locate a missing device, even an offline Mac. An online device can simply report its location to the user via iCloud. Find My works offline by sending out short range Bluetooth signals from the missing device that can be detected by other Apple devices in use nearby. Those nearby devices then relay the detected location of the missing device to iCloud so users can locate it in the Find My app—all while protecting the privacy and security of all the users involved. Find My even works with a Mac that's offline and asleep.

Using Bluetooth and the hundreds of millions of iPhone, iPad, and Mac devices in active use around the world, a user can locate their missing device even if it can't connect to a Wi-Fi or cellular network. Any iPhone, iPad, or Mac with "offline finding" turned on in Find My settings can act as a "finder device." This means the device can detect the presence of another missing offline device using Bluetooth and then use its network connection to report an approximate location back to the owner. When a device has offline finding enabled, it also means that it can be located by other participants in the same way. This entire interaction is end-to-end encrypted, anonymous, and designed to be battery and data efficient. There is minimal impact on battery life and cellular data plan usage, and user privacy is better protected.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

When a device goes missing and can't connect to Wi-Fi or cellular—for example, a MacBook Pro is left on a park bench—it begins periodically broadcasting the derived public key $P_i$ for a limited period of time in a Bluetooth payload. By using P-224, the public key representation can fit into a single Bluetooth payload. The surrounding devices can then help in the finding of the offline device by encrypting their location to the public key. Approximately every 15 minutes, the public key is replaced by a new one using an incremented value of the counter and the process above so that the user can't be tracked by a persistent identifier. The derivation mechanism is designed to prevent the various public keys $P_i$ from being linked to the same device.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

**ORIGINAL COMPLAINT**                                                          **Page 83 of 156**

## Using Find My to locate missing Apple devices

Any Apple devices within Bluetooth range that have offline finding enabled can detect a signal from another Apple device configured to allow Find My and read the current broadcast key $P_i$. Using an ECIES construction and the public key $P_i$ from the broadcast, the finder devices encrypt their current location information and relay it to Apple. The encrypted location is associated with a server index which is computed as the SHA256 hash of the P-224 public key $P_i$ obtained from the Bluetooth payload. Apple never has the decryption key, so Apple can't read the location encrypted by the finder. The owner of the missing device can reconstruct the index and decrypt the encrypted location.



https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

## Locating devices that are offline

If a user has Find My iPhone enabled on their device, offline finding is turned on by default when they upgrade a device to iOS 13 or later, iPadOS 13.1 or later, and macOS 10.15 or later. This is designed to ensure that every user has the best possible chance to locate their device if it goes missing. However, if at any time the user prefers not to participate, they can disable offline finding in Find My settings on their device. When offline finding is disabled, the device no longer acts as a finder nor is it detectable by other finder devices. However, the user can still locate the device as long as it can connect to a Wi-Fi or cellular network.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

## 2.1 Bluetooth Low Energy

Bluetooth Low Energy (BLE) [19] is designed for small battery-powered devices such as smartwatches and fitness trackers with low data rates. Devices can broadcast BLE advertisements to inform nearby devices about their presence. The maximum BLE advertisement payload size is 31 bytes [19]. Apple heavily relies on custom BLE advertisements to announce their proprietary services such as AirDrop and bootstrap their protocols over Wi-Fi or Apple Wireless Direct Link (AWDL) [21, 36, 48]. OF devices also use BLE advertisements to inform nearby finders about their presence [6].

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

# 3 Apple Offline Finding Overview

Apple introduced OF in 2019 for iOS 13, macOS 10.15, and watchOS 6 [10]. OF enables locating Apple devices without an Internet connection and promises to operate in a privacy-preserving manner. In 2020, Apple announced to support third-party BLE-enabled devices to be tracked by the OF network [11] and released a protocol specification for their integration [6]. We found that this public specification is incomplete concerning the overall OF system. Within this paper, we focus on our recovered specification that was partly validated by the accessory specification [6].

In the following, we give a brief overview of how OF works and introduce the different roles of devices. Fig. 1 depicts the interplay of the roles and protocols involved in OF. In particular, OF involves (1) initial pairing of owner devices, (2) broadcasting BLE advertisements that contain a rolling public key, (3) uploading encrypted location reports to Apple's servers, and (4) retrieving the location reports on owner devices. The terminology of the roles below has been derived from the official documentation [6].

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf



**Fig. 1.** Simplified offline finding (OF) workflow.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Network Analysis.** We can identify a service's protocols by monitoring network interfaces, which helps understand the information exchange with external parties. OF uses two protocols: BLE for advertisements and HTTPS for server communication. To understand the embedded custom protocols and payloads, we rely on two sets of tools. For BLE, we use BTLEmap [31] to capture all BLE advertisements. As we already know the basic frame format of Apple's custom advertisements from related work [21, 36], we were able to identify OF as a new subtype. HTTPS proxies such as [50] decrypt HTTPS sessions by masquerading as both HTTP client and server and using self-signed TLS certificates. To access OF-related traffic, we disabled *certificate pinning*, which OF clients use for all server communication.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

In short, devices and accessories in lost mode send out BLE advertisements containing a public key. Finder devices receive them, encrypt their location by using the public key, and upload a report to Apple's servers. This results in an end-to-end encrypted location report that cannot be read by Apple or any other third-party that does not have access to the owner's private keys.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Master Beacon and Advertisement Keys.** Initially, each owner device generates a private–public key pair $(d_0, p_0)$ on the NIST P-224 curve and a 32-byte symmetric key $SK_0$ that together form the *master beacon key*. Those keys are never sent out via BLE and are used to derive the rolling advertisement keys included in the BLE advertisements.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Key Synchronization.** All owner devices need to access the advertisement keys to download and decrypt location reports. Therefore, OF synchronizes the master beacon keys via iCloud in a property list file encrypted under Advanced Encryption Standard in Galois/Counter Mode (AES-GCM). The decryption key for the file is stored in the iCloud keychain under the label "Beacon Store."

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Encryption.** The BLE advertisements sent out by a lost device contain an EC public key $p_i$. A finder device that receives such an advertisement determines its current location and encrypts the location with $p_i$.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Decryption.** An owner device that retrieves encrypted location reports follows the inverse of the encryption procedure. First, the owner device selects the proper advertisement keys $(d_i, p_i)$ based on the hashed $p_i$ of the location report. Second, it performs the ECDH key exchange with the finder's ephemeral public key $p'$ and the lost device's private key $d_i$ to compute the symmetric key $e'$ and the IV. Finally, the owner can use $e'$ and IV to decrypt the location report.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

## 6.2 Losing

An OF device that loses its Internet connection starts emitting BLE advertisements. This advertisement contains the 224 bit (28 bytes) public part[2] of the advertisement key $(p_i)$, but required some engineering effort to fit in a single BLE packet.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**ORIGINAL COMPLAINT**



**Fig. 1.** Structure of a BLE advertisement packet used to carry data of Apple Continuity protocols. The data are stored in a `Manufacturer Specific Data` AD structure (`0xFF`) which starts with the company identifier of Apple (`0x004C`), followed by one or several continuity messages (CM) presented as a Type-Length-Value (TLV) format. *Flags* is an optional AD structure that is not specific to Apple Continuity protocols.

https://petsymposium.org/popets/2020/popets-2020-0003.pdf

| Apple CM type | Code | Message emission |
|---|---|---|
| AirPrint | 0x03 | On user action |
| AirDrop | 0x05 | On user action |
| HomeKit | 0x06 | Constantly |
| Proximity Pairing | 0x07 | Constantly |
| "Hey Siri" | 0x08 | On user action |
| AirPlay | 0x09 | On user action |
| Magic Switch | 0x0B | On user physical[13] action |
| Handoff | 0x0C | On user action |
| Instant Hotspot | | |
| *Tethering Target Presence* | 0x0D | On user action |
| *Tethering Source Presence* | 0x0E | Reaction to *Target Presence* |
| Nearby | | |
| *Nearby Action* | 0x0F | On user action |
| *Nearby Info* | 0x10 | Constantly |

https://petsymposium.org/popets/2020/popets-2020-0003.pdf



U.S. Patent No. 9,853,719 ("AirDrop" Patent), FIG. 6 (annotated),
https://patents.google.com/patent/US9853719B2/en?oq=9%2c853%2c719.

**Table 2.** OF advertisement format (with zero-indexed bytes).

| Bytes | Content (details cf. [6, § 5.1]) |
|---|---|
| 0–5 | BLE address $((p_i[0] \mid (0b11 \ll 6)) \mid\mid p_i[1..5])$ |
| 6 | Payload length in bytes (30) |
| 7 | Advertisement type (0xFF for manufacturer-specific data) |
| 8–9 | Company ID (0x004C) |
| 10 | OF type (0x12) |
| 11 | OF data length in bytes (25) |
| 12 | Status (e.g., battery level) |
| 13–34 | Public key bytes $p_i[6..27]$ |
| 35 | Public key bits $p_i[0] \gg 6$ |
| 36 | Hint (0x00 on iOS reports) |

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

| Bluetooth | Device tracking via BLE advertisements | ✗ | BLE payload and address are determined by the advertisement key, which is changed at 15 min intervals, making long-term tracking hard. |
|---|---|---|---|
| | Remote code execution (RCE) | ✗ | As OF uses non-connectable mode to emit advertisements, devices remain secure against RCE attacks on the Bluetooth firmware [42]. |
| | Denial-of-service (DoS) | ✓ (A2) | An attacker could emit/relay legitimate advertisements at other physical locations to pollute the set of location reports. |

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

88.    Each of the Accused Products is capable of performing, and does perform, the operation of "taking first further action relating to the stored information, if the first unique identifier is present among the selected one or more unique identifiers." For example, each of the Accused Products includes and supports Apple's AirDrop and Find My features, including Offline Finding and AirTags. As shown in the following paragraphs, each of these accused features in the Accused Products performs this operation by taking first further action relating to the stored information, if the first unique identifier is present among the selected one or more unique identifiers.

89.    As shown herein, the Accused Products are capable of performing, and do perform, this operation via their AirDrop features and associated functionalities.

## Use AirDrop to send items to nearby Apple devices

With AirDrop, you can wirelessly send photos, videos, documents, and more to a nearby iPhone, iPad, or Mac. You can use AirDrop to send files to your own devices or to share files with others.

You can use AirDrop with an iPhone, iPad, and Mac.

Transfers are encrypted for security, and the recipient can accept or decline each transfer as it arrives.

*Note:* If you leave Bluetooth or Wi-Fi range after an AirDrop transfer is initiated, the transfer continues over the internet.



### Before you begin

Make sure of the following:

- Both devices have Wi-Fi and Bluetooth® turned on.

- The devices are within 30 feet (10 meters) of each other.

If you're using a VPN, make sure its configuration doesn't prevent local networking, as that may interfere with some Continuity features.

If you want to use AirDrop to send items between your Apple devices, sign in to your Apple Account to automatically accept and save the items.

https://support.apple.com/guide/iphone/use-airdrop-to-send-items-to-nearby-devices-iphcd8b9f0af/ios

## AirDrop operation

AirDrop uses iCloud services to help users authenticate. When a user signs in to iCloud, a 2048-bit RSA identity is stored on the device, and when the user turns on AirDrop, an AirDrop short identity hash is created based on the email addresses and phone numbers associated with the user's Apple Account.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

**ORIGINAL COMPLAINT**                                              **Page 91 of 156**

## Send an item with AirDrop

To send an item to someone with AirDrop, both you and your recipient must have turned on AirDrop and chosen to accept items either from Contacts or Everyone. If a recipient chooses to only accept items from a contact, you must be in their contacts list and they need to have your Apple Account email address or phone number included in your contact card.

Then do any of the following:

- *On an iPhone or iPad:* Open the item, then tap ⬆️, Share, 👤, ⋯, or another button (depending on the app). Tap 👤, then tap the recipient you want to share with. The recipients you see are those who are nearby, have Wi-Fi and Bluetooth turned on, and are able to accept files from your device.

  💡 **Tip:** If you're within close range of someone in your contacts, you can initiate an AirDrop transfer by opening the file you want to share, then moving your iPhone close to your contact's iPhone (on supported models with iOS 17 or later).

- *On a Mac:* Open the item, click ⬆️ in the toolbar, then click AirDrop. Select the recipient you want to share with. The recipients you see are those who are nearby, have Wi-Fi and Bluetooth turned on, and are able to accept files from your device.

  💡 **Tip:** You can also share items with AirDrop in the Finder. To open a Finder window, click 🙂 in the dock. Click AirDrop in the sidebar, then drag the item you want to share to the recipient you want to send it to.

To use AirDrop to securely share app and website passwords with someone using an iPhone, iPad, or Mac, see Share passkeys and passwords securely with AirDrop on iPhone, Share passkeys and passwords securely with AirDrop on iPad, or Share passwords and passkeys securely with AirDrop on Mac.

https://support.apple.com/guide/mac-help/use-airdrop-to-send-items-to-nearby-devices-mh35868/mac

# Receive items with AirDrop

On your device, tap or click Accept on the AirDrop notification.

Most items are saved in the app that they're sent from. For example, if someone uses AirDrop to send you a photo from the Photos app, it's saved in the Photos app on your device.

Depending on the device, you might find your files in other places. On an iPhone or iPad, some items may be saved in the Files app. On a Mac, some items are automatically saved in the Downloads folder. You may also have the option to choose where to save items.

*Note:* If you opened AirDrop in the Finder on a Mac, the notification to accept or decline appears here, rather than in Notification Center.

If you send items from one of your Apple devices to another (for example, from your Mac to your iPhone), and you're signed in to the same Apple Account for iCloud on both devices, the item is automatically accepted and saved.

https://support.apple.com/guide/mac-help/use-airdrop-to-send-items-to-nearby-devices-mh35868/mac



**FIG. 8**

U.S. Patent No. 9,853,719 ("AirDrop" Patent), FIG. 8 (annotated), https://patents.google.com/patent/US9853719B2/en?oq=9%2c853%2c719.

When a user chooses AirDrop as the method for sharing an item, the sending device emits an AirDrop signal over BLE that includes the user's AirDrop short identity hash. Other Apple devices that are awake, in close proximity, and have AirDrop turned on, detect the signal and respond using peer-to-peer Wi-Fi, so that the sending device can discover the identity of any responding devices.

In Contacts Only mode, the received AirDrop short identity hash is compared with hashes of people in the receiving device's Contacts app. If a match is found, the receiving device responds over peer-to-peer Wi-Fi with its identity information. If there is no match, the device doesn't respond.

In Everyone mode, the same overall process is used. However, the receiving device responds even if there is no match in the device's Contacts app.

The sending device then initiates an AirDrop connection using peer-to-peer Wi-Fi, using this connection to send a long identity hash to the receiving device. If the long identity hash matches the hash of a known person in the receiver's Contacts, then the receiver responds with its long identity hashes.

If the hashes are verified, the recipient's first name and photo (if present in Contacts) are displayed in the sender's AirDrop share sheet. On devices with iOS and iPadOS, they are shown in the "People" or "Devices" section. Devices that aren't verified or authenticated are displayed in the sender's AirDrop share sheet with a silhouette icon and the device's name, as defined in Settings > General > About > Name. They're placed in the "Other People" section of the AirDrop share sheet.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

90.     As shown herein, the Accused Products are capable of performing, and do perform, this operation via their Find My features and associated functionalities.

AirTag lets you easily track things like your keys, wallet, purse, backpack, luggage, and more. Simply set it up with your iPhone or iPad and attach it to your item, and your AirTag shows up in the Items tab in the Find My app.

AirTag and devices that are part of the Find My network accessory program, and some AirPod models — AirPods 3, AirPods Pro 1, and AirPods Max — use the Find My network to help you keep track of and find your belongings.* After you set up a compatible item, it shows up in the Devices or Items tab in the Find My app.

AirTag, AirPods, and other Find My network accessories include features to guard against unwanted tracking. They should not be used to track people, and should not be used to track property that does not belong to you. Using these products to track people without their consent is a crime in many countries and regions around the world. If an AirTag, set of AirPods, or Find My network accessory is discovered to be unlawfully tracking a person, law enforcement can request any available information from Apple to support their investigation.

AirTag, AirPods, and Find My network accessories are designed to protect your privacy when you're using them to keep track of important items. They have unique Bluetooth identifiers that change frequently. The Find My network uses end-to-end encryption and is built with privacy in mind.

**ORIGINAL COMPLAINT**                                    **Page 96 of 156**

Find My displays a map of where the AirTag, set of AirPods, Find My network accessory, or compatible Bluetooth location-tracking device has been observed with you. The red dots show where the unknown item was detected near your iPhone or iPad. The dashed lines connecting the red dots help indicate the sequence where the item was detected with you. The red dots do not indicate when the item's owner is viewing the item's location.



https://support.apple.com/en-us/119874

- When you sign in to iCloud with your Apple Account, you will enable certain Find My features on supported devices, including participation in the Find My network.
- The location of your device or accessory, as well as information about your device and your account, may be used to help you locate your Find My–enabled devices and supported accessories.

https://www.apple.com/legal/privacy/data/en/find-my/

When you sign in and enable iCloud on your device, certain features of Find My are enabled automatically. These include participation in the Find My network, a crowdsourced network of Apple devices that helps find missing devices or compatible items as described below, and the ability to play a sound on your device, remotely lock and display a message on it, or remotely erase it. You also will receive notifications if you are separated from your supported devices and items. Your iPhone, iPad, iPod touch, Apple Watch, Apple Vision Pro, and certain Mac computers will be protected with Activation Lock, and cannot be erased and reactivated without your password. For more information, visit support.apple.com/108794 or support.apple.com/102541. Enabling Find My on your iPhone will automatically enable it on any paired Apple Watch. You can also separately enable Find My for an Apple Watch, which will enable it on your paired iPhone.

https://www.apple.com/legal/privacy/data/en/find-my/

Find My can use the Find My network to help find devices even if they are not connected to the internet and, for supported devices, even if they are turned off or erased. Devices in the Find My network use Bluetooth wireless technology to detect missing devices or compatible items nearby, including AirTags and compatible third-party products registered to your Apple Account, and report their approximate location back to the owner. If a device is turned off or erased, that location is also visible to members of the owner's Family Sharing group with whom they have chosen to share the location. The interaction is end-to-end encrypted, and Apple cannot see the location of any offline device or reporting device. When your device participates in the Find My network, it can both be located by the network and anonymously help locate other missing devices. You can choose to have your iOS or iPadOS device not participate in the Find My network by going to Settings > [your name] > Find My > Find My [device] and tapping to disable Find My network. You can choose to have your Mac not participate in the Find My network by going to System Settings > [your name] > iCloud, then in Saved to iCloud, clicking See All > Find My Mac > Turn Off. For more information on AirTags and compatible third-party products, including instructions on adding these products to Find My and registering them to your Apple Account, visit support.apple.com/101602.

https://www.apple.com/legal/privacy/data/en/find-my/

**ORIGINAL COMPLAINT**                                              **Page 98 of 156**

## Add a compatible third-party product

To add a Find My network item to Find My, follow the manufacturer's instructions to connect the item to your iPhone. Then open Find My, tap Items, tap the Add button +, and tap Add Other Item. Follow the onscreen steps to finish setting up the item.



https://support.apple.com/en-us/101602

If you need to see a list of all AirTag, Find My Network accessories, and compatible Bluetooth location-tracking devices about which you have been notified, launch the Find My app on your iPhone or iPad. Tap Items. Scroll to the bottom and tap Items Detected With You. Items that have recently triggered an unwanted tracking alert will be listed. If the option to play a sound isn't available, the item might not be with you anymore, might be near its owner, or if it was with you overnight, its identifier might have changed.



https://support.apple.com/en-us/119874

## Separation Alerts

Apple in iOS 15 added Separation Alerts to the Find My app, which are designed to let you know if you leave an Apple device, a device attached to an AirTag, or a Find My-enabled third-party device behind.

 

You can set up Separation Alerts in the Find My app, so if you want to make sure your iPhone is always with you or that you don't leave the house without the keys, this is the feature to use.

https://www.macrumors.com/guide/airtags/

If an AirTag is lost or stolen, the Find My network can help you find it. The Find My Network takes advantage of hundreds of millions of iPhone, iPad, and Mac devices to help you locate an AirTag, with the AirTag showing up on a map when it is located by someone else's device.

In Lost Mode, an AirTag will automatically send out a notification when it's detected by someone in the Find My network, and you can add your contact info so someone who finds your item can get in touch with you.

https://www.macrumors.com/guide/airtags/

This works on iPhones and Android devices, so if you find an item, give it a scan to locate the owner. If in Lost Mode, the AirTag will also relay its location back to the owner through the Find My network.

https://www.macrumors.com/guide/airtags/

## AirTags Stalking

Apple has built in security restrictions that are designed to prevent an AirTag for being used for unwanted and secretive tracking purposes.



If an AirTag that someone else owns is in your belongings and has been traveling with for you awhile, your iPhone will send you an alert about an AirTag being detected near you, which will prevent someone from tracking you with a planted AirTag. You will get an alert on an AirTag that's with you when you return to your home address or to a location that's frequently visited.

When this happens, you'll see a notification that says "AirTag Detected," which you can tap to disable the AirTag. If the AirTag is attached to an item you're borrowing, you can choose to turn off "AirTag Detected" notifications for one day. If it's an item from a family member, you can turn off Safety Alerts for those who are in your Family Sharing group.

https://www.macrumors.com/guide/airtags/

**ORIGINAL COMPLAINT**                                              **Page 102 of 156**

## If you see an alert

If you see one of the following alerts on your iPhone or iPad, an item compatible with the Find My network or a compatible Bluetooth location-tracking device could be traveling with you, and the owner might be able to see its location.

It's possible that the AirTag or Find My network accessory might be attached to an item you're borrowing, or you might get this alert if you're borrowing someone else's AirPods. If you're borrowing an AirTag or another item compatible with the Find My network from a member of your Family Sharing group, you can turn off alerts for that item for one day, or indefinitely.

If an AirTag that's separated from its owner is seen moving with you over time, or if your iPhone is awake and an AirTag that isn't with its owner for a period of time emits a sound to indicate that it has moved, this alert is displayed: AirTag Found Moving With You.



Find My displays a map of where the AirTag, set of AirPods, Find My network accessory, or compatible Bluetooth location-tracking device has been observed with you. The red dots show where the unknown item was detected near your iPhone or iPad. The dashed lines connecting the red dots help indicate the sequence where the item was detected with you. The red dots do not indicate when the item's owner is viewing the item's location.

https://support.apple.com/en-us/119874

**ORIGINAL COMPLAINT**                                    **Page 103 of 156**

If the unknown accessory is an AirTag and you have a supported iPhone model with Ultra Wideband, you can also tap Find Nearby to use Precision Finding to help you locate the unknown AirTag.

1. Tap the alert.

2. Tap Continue, then tap Find Nearby.

3. Follow the onscreen instructions and move around the space until your iPhone connects to the unknown AirTag.

4. Your iPhone displays the distance and direction to the unknown AirTag. Use that information to get closer to the unknown AirTag until you find it.
   - When the AirTag is within Bluetooth range of your iPhone, you can play a sound on the AirTag by tapping the Play Sound button ◉.
   - If your iPhone says that more light is required, tap the Turn Flashlight On button 🔦.

5. When you're done, tap the Done button ✕.

https://support.apple.com/en-us/119874

1. If you have found an AirTag, hold the top of your iPhone or NFC-capable smartphone near the white side of the AirTag until a notification appears.

2. Tap the notification. This opens a website that provides information about the AirTag, including its serial number and the last four digits of the phone number of the person who registered it. This can help you identify the owner, if you know them. You might want to take a screenshot to make sure that you can document the information.



https://support.apple.com/en-us/119874

**ORIGINAL COMPLAINT**                                          **Page 104 of 156**

91.    Defendant has had knowledge of the '344 Patent and of its infringement of the '344 Patent at least through receipt of this Complaint. Additionally, and in the alternative, on information and belief, Defendant has had knowledge of the '344 Patent at least through Defendant's knowledge of the patent family of the '344 Patent when Defendant disclosed a patent from the patent family (U.S. Patent No. 8,385,913) before the USPTO during the prosecution of Defendant's U.S. Patent No. 9,853,719.

92.    On information and belief, despite Defendant's knowledge of the '344 Patent and of its infringement of the '344 Patent, Defendant has not sought to remedy its infringement or sought to identify any good faith belief as to why it does not infringe the '344 Patent.

93.    On information and belief, Defendant's actions represented a specific intent to induce infringement of at least claims 1, 29, and 30 of the '344 Patent.  For example, Defendant offered its customers extensive customer support and instructions that instructed and encouraged its customers to infringe the '344 Patent via at least their use of the Accused Products. *See, e.g.,* materials cited in paragraphs 80 through 92 above; https://support.apple.com/iphone (Apple's iPhone support page); https://support.apple.com/ipad (Apple's iPad support page); https://support.apple.com/mac/laptops (Apple's laptop support page); https://www.youtube.com/applesupport (Apple's YouTube support channel for Apple products, including Apple's smartphone, tablet, and laptop products). In addition, Apple operates retail stores through which it provides service and support for the Accused Products. https://www.apple.com/retail/geniusbar/.

94.    In addition, by receiving notice of the '344 Patent and Defendant's infringement thereof, Defendant obtained a subjective belief that there is a high probability that the Accused Products infringe the '344 Patent. Despite being put on notice of infringement, on information and

belief Defendant has not taken actions to avoid the conduct alleged to infringe, has not offered any reasons as to why Defendant does not infringe the '344 Patent, and has not sought to remedy its infringements by offering to take a license. Defendant's failure to act reflects deliberate actions to avoid learning that the Accused Products infringe the '344 Patent and, more generally, a policy of not earnestly reviewing and respecting the intellectual property of others.

95.    Since issuance of the '344 Patent, and prior to Defendant having notice of infringement, neither SCT nor its predecessors or licensees have made, offered for sale, sold, or imported a product that practices any claim of the '344 Patent or that would otherwise require marking under 35 U.S.C. § 287.

96.    SCT may recover pre-suit damages for Defendant's infringement of the '344 Patent under 35 U.S.C. § 287.

97.    As a result of Defendant's infringement of the '344 Patent, SCT has suffered and is owed monetary damages adequate to compensate it for the infringement under 35 U.S.C. § 284, but in no event less than a reasonable royalty.

98.    Defendant's activities have been willful, egregious, wanton, and deliberate in disregard to SCT's rights, justifying a finding of willful infringement, enhanced damages under 35 U.S.C. § 284 and attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## COUNT III – INFRINGEMENT OF THE '971 PATENT

99.    SCT incorporates herein the allegations made in paragraphs 1 through 98.

100.    Defendant has directly infringed one or more claims of the '971 Patent, including, for example, claims 1, 37, and 50, in violation of 35 U.S.C. § 271(a) by making, using, selling, offering for sale, and/or importing into the United States infringing products including, but not limited to, the Accused Products.

**ORIGINAL COMPLAINT**                                                    **Page 106 of 156**

101.    Additionally, Defendant has indirectly infringed the '971 Patent in violation of 35 U.S.C. § 271(b) at least by inducing customers to purchase the Accused Products and/or by instructing customers how to use the Accused Products in a way that directly infringes at least claims 1, 37, and 50 of the '971 Patent.

102.    Each of the Accused Products performs "[a] method comprising" the steps set forth in the paragraphs herein.

103.    Each of the Accused Products is capable of performing, and does perform, the operation of "receiving, at a wireless device, via a short range wireless protocol, a first plurality of beacon transmissions, each beacon transmission comprising three fields (a) a MAC address, (b) a unique identifier, wherein the unique identifier of each respective beacon transmission does not directly identify a location of a beacon transmitter, and (c) a beacon service identifier, wherein the beacon service identifier of each respective beacon transmission identifies that the unique identifier is relevant to stored information associated with a wireless beacon service, wherein the stored information is not otherwise accessible to the wireless device utilizing the short range wireless protocol." For example, each of the Accused Products includes and supports Apple's AirDrop and Find My features, including Offline Finding and AirTags. As shown in the following paragraphs, each of these accused features in the Accused Products performs this operation by receiving, at a wireless device, via a short range wireless protocol, a first plurality of beacon transmissions, each beacon transmission comprising three fields (a) a MAC address, (b) a unique identifier, wherein the unique identifier of each respective beacon transmission does not directly identify a location of a beacon transmitter, and (c) a beacon service identifier, wherein the beacon service identifier of each respective beacon transmission identifies that the unique identifier is relevant to stored information associated with a wireless beacon service, wherein the stored

information is not otherwise accessible to the wireless device utilizing the short range wireless protocol.

104.    As shown herein, the Accused Products are capable of performing, and do perform, this operation via their AirDrop features and associated functionalities.

## AirDrop security

Apple devices that support AirDrop use Bluetooth Low Energy (BLE) and Apple-created peer-to-peer Wi-Fi technology to send files and information to nearby devices, including AirDrop-capable iPhone and iPad devices with iOS 7 or later and Mac computers with OS X 10.11 or later. The Wi-Fi radio is used to communicate directly between devices without using any internet connection or wireless access point (AP). This connection is encrypted with TLS.

AirDrop is set to share with Contacts Only by default. Users can also choose to use AirDrop to share with everyone, or turn off the feature entirely. Organizations can restrict the use of AirDrop for devices or apps being managed by using a mobile device management (MDM) solution.

## AirDrop operation

AirDrop uses iCloud services to help users authenticate. When a user signs in to iCloud, a 2048-bit RSA identity is stored on the device, and when the user turns on AirDrop, an AirDrop short identity hash is created based on the email addresses and phone numbers associated with the user's Apple Account.

When a user chooses AirDrop as the method for sharing an item, the sending device emits an AirDrop signal over BLE that includes the user's AirDrop short identity hash. Other Apple devices that are awake, in close proximity, and have AirDrop turned on, detect the signal and respond using peer-to-peer Wi-Fi, so that the sending device can discover the identity of any responding devices.

In Contacts Only mode, the received AirDrop short identity hash is compared with hashes of people in the receiving device's Contacts app. If a match is found, the receiving device responds over peer-to-peer Wi-Fi with its identity information. If there is no match, the device doesn't respond.

In Everyone mode, the same overall process is used. However, the receiving device responds even if there is no match in the device's Contacts app.

The sending device then initiates an AirDrop connection using peer-to-peer Wi-Fi, using this connection to send a long identity hash to the receiving device. If the long identity hash matches the hash of a known person in the receiver's Contacts, then the receiver responds with its long identity hashes.

If the hashes are verified, the recipient's first name and photo (if present in Contacts) are displayed in the sender's AirDrop share sheet. On devices with iOS and iPadOS, they are shown in the "People" or "Devices" section. Devices that aren't verified or authenticated are displayed in the sender's AirDrop share sheet with a silhouette icon and the device's name, as defined in Settings > General > About > Name. They're placed in the "Other People" section of the AirDrop share sheet.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

# Which Beacons Transmit a MAC Address?

A MAC (Media Access Control) address is a hardware identification number that uniquely identifies each device. In the context of Bluetooth, a MAC address is used to identify a specific Bluetooth device, such as a smartphone, headset or a Bluetooth beacon. All beacons transmit a Bluetooth MAC Address which is a 48-bit address usually represented in hexadecimal format like this: 0123456789AB.

All devices such as smartphones can see the incoming MAC addresses that are sent as part of the device discovery stage rather than the main Bluetooth LE advertising payload. iOS is a bit strange and non-standard because it hides detected Bluetooth MAC address from apps, and hence from users, when detecting beacons and other Bluetooth devices.

No such restriction happens on Android or any other device. The rationale is probably that Apple wants you to use their ids, the iBeacon UUID, major and minor or the Peripheral Id rather than the MAC address. Apple also probably think they are protecting privacy in some way. A few beacons and other devices such as sensors and fitness trackers additionally put the MAC address into the advertising payload which circumvents Apple's restrictions and allows reading of the MAC address by apps.

https://www.beaconzone.co.uk/blog/which-beacons-transmit-a-mac-address/#:~:text



**Fig. 1.** Structure of a BLE advertisement packet used to carry data of Apple Continuity protocols. The data are stored in a Manufacturer Specific Data AD structure (0xFF) which starts with the company identifier of Apple (0x004C), followed by one or several continuity messages (CM) presented as a Type-Length-Value (TLV) format. *Flags* is an optional AD structure that is not specific to Apple Continuity protocols.

https://petsymposium.org/popets/2020/popets-2020-0003.pdf

### 2.3.1 Advertising PDUs

The following advertising physical channel PDU Types are called advertising PDUs:

- ADV_IND
- ADV_DIRECT_IND
- ADV_NONCONN_IND
- ADV_SCAN_IND
- ADV_EXT_IND
- AUX_ADV_IND
- AUX_SYNC_IND
- AUX_CHAIN_IND

These PDUs are sent by the Link Layer in the Advertising state and received by a Link Layer in the Scanning state or Initiating state. The ADV_IND, ADV_DIRECT_IND, ADV_NONCONN_IND, and ADV_SCAN_IND PDUs are called "legacy advertising PDUs". The ADV_EXT_IND, AUX_ADV_IND, AUX_SYNC_IND, and AUX_CHAIN_IND PDUs are called "extended advertising PDUs". Advertising events using legacy advertising PDUs are called "legacy advertising events".

#### 2.3.1.1 ADV_IND

The Payload field of the ADV_IND PDU is shown in Figure 2.6. The PDU shall be used in connectable and scannable undirected advertising events. The TxAdd in the advertising physical channel PDU header indicates whether the advertiser's address in the AdvA field is public (TxAdd = 0) or random (TxAdd = 1). The ChSel field in the advertising physical channel PDU header shall be set to 1 if the advertiser supports the LE Channel Selection Algorithm #2 feature (see Section 4.5.8.3).

| Payload | |
|---|---|
| AdvA<br>(6 octets) | AdvData<br>(0-31 octets) |

*Figure 2.6: ADV_IND PDU payload*

The Payload consists of AdvA and AdvData fields. The AdvA field shall contain the advertiser's public or random device address as indicated by TxAdd. The AdvData field, if not empty, shall contain Advertising Data from the advertiser's Host.

https://www.bluetooth.com/specifications/specs/core-specification-5-3/

| Apple CM type | Code | Message emission |
|---|---|---|
| AirPrint | 0x03 | On user action |
| AirDrop | 0x05 | On user action |
| HomeKit | 0x06 | Constantly |
| Proximity Pairing | 0x07 | Constantly |
| "Hey Siri" | 0x08 | On user action |
| AirPlay | 0x09 | On user action |
| Magic Switch | 0x0B | On user physical[13] action |
| Handoff | 0x0C | On user action |
| Instant Hotspot | | |
| *Tethering Target Presence* | 0x0D | On user action |
| *Tethering Source Presence* | 0x0E | Reaction to *Target Presence* |
| Nearby | | |
| *Nearby Action* | 0x0F | On user action |
| *Nearby Info* | 0x10 | Constantly |

https://petsymposium.org/popets/2020/popets-2020-0003.pdf



FIG. 6

U.S. Patent No. 9,853,719 ("AirDrop" Patent), FIG. 6,

https://patents.google.com/patent/US9853719B2/en?oq=9%2c853%2c719.

105.    As shown herein, the Accused Products are capable of performing, and do perform, this operation via their Find My features and associated functionalities.

**Master Beacon and Advertisement Keys.** Initially, each owner device generates a private–public key pair $(d_0, p_0)$ on the NIST P-224 curve and a 32-byte symmetric key $SK_0$ that together form the *master beacon key*. Those keys are never sent out via BLE and are used to derive the rolling advertisement keys included in the BLE advertisements.

OF makes device tracking hard by regularly changing the contents of the BLE advertisements. In particular, OF uses the concept of *rolling* keys that can be deterministically derived if one knows the initial input keys $(d_0, p_0)$ and $SK_0$ but are otherwise unlinkable. OF iteratively calculates the *advertisement keys* $(d_i, p_i)$ for $i > 0$ as follows using the ANSI X.963 key derivation function (KDF) with SHA-256 [33] and a generator $G$ of the NIST P-224 curve:

$$SK_i = \text{KDF}(SK_{i-1}, \text{"update"}, 32) \quad (1)$$
$$(u_i, v_i) = \text{KDF}(SK_i, \text{"diversify"}, 72) \quad (2)$$
$$d_i = (d_0 * u_i) + v_i \quad (3)$$
$$p_i = d_i * G \quad (4)$$

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Key Synchronization.** All owner devices need to access the advertisement keys to download and decrypt location reports. Therefore, OF synchronizes the master beacon keys via iCloud in a property list file encrypted under Advanced Encryption Standard in Galois/Counter Mode (AES-GCM). The decryption key for the file is stored in the iCloud keychain under the label "Beacon Store."

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

An OF device that loses its Internet connection starts emitting BLE advertisements. This advertisement contains the 224 bit (28 bytes) public part[2] of the advertisement key $(p_i)$, but required some engineering effort to fit in a single BLE packet.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Owner Devices.** Owner devices share a common Apple ID and can use the *Find My* application on macOS and iOS to search for any devices of the same owner.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

## Find My security

The Find My app for Apple devices is built on a foundation of advanced public key cryptography.

### Overview

The Find My app combines Find My iPhone and Find My Friends into a single app in iOS, iPadOS, and macOS. Find My can help users locate a missing device, even an offline Mac. An online device can simply report its location to the user via iCloud. Find My works offline by sending out short range Bluetooth signals from the missing device that can be detected by other Apple devices in use nearby. Those nearby devices then relay the detected location of the missing device to iCloud so users can locate it in the Find My app—all while protecting the privacy and security of all the users involved. Find My even works with a Mac that's offline and asleep.

Using Bluetooth and the hundreds of millions of iPhone, iPad, and Mac devices in active use around the world, a user can locate their missing device even if it can't connect to a Wi-Fi or cellular network. Any iPhone, iPad, or Mac with "offline finding" turned on in Find My settings can act as a "finder device." This means the device can detect the presence of another missing offline device using Bluetooth and then use its network connection to report an approximate location back to the owner. When a device has offline finding enabled, it also means that it can be located by other participants in the same way. This entire interaction is end-to-end encrypted, anonymous, and designed to be battery and data efficient. There is minimal impact on battery life and cellular data plan usage, and user privacy is better protected.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

When a device goes missing and can't connect to Wi-Fi or cellular—for example, a MacBook Pro is left on a park bench—it begins periodically broadcasting the derived public key $P_i$ for a limited period of time in a Bluetooth payload. By using P-224, the public key representation can fit into a single Bluetooth payload. The surrounding devices can then help in the finding of the offline device by encrypting their location to the public key. Approximately every 15 minutes, the public key is replaced by a new one using an incremented value of the counter and the process above so that the user can't be tracked by a persistent identifier. The derivation mechanism is designed to prevent the various public keys $P_i$ from being linked to the same device.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

**ORIGINAL COMPLAINT**                                    **Page 115 of 156**

## Using Find My to locate missing Apple devices

Any Apple devices within Bluetooth range that have offline finding enabled can detect a signal from another Apple device configured to allow Find My and read the current broadcast key $P_i$. Using an ECIES construction and the public key $P_i$ from the broadcast, the finder devices encrypt their current location information and relay it to Apple. The encrypted location is associated with a server index which is computed as the SHA256 hash of the P-224 public key $P_i$ obtained from the Bluetooth payload. Apple never has the decryption key, so Apple can't read the location encrypted by the finder. The owner of the missing device can reconstruct the index and decrypt the encrypted location.



https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

## Locating devices that are offline

If a user has Find My iPhone enabled on their device, offline finding is turned on by default when they upgrade a device to iOS 13 or later, iPadOS 13.1 or later, and macOS 10.15 or later. This is designed to ensure that every user has the best possible chance to locate their device if it goes missing. However, if at any time the user prefers not to participate, they can disable offline finding in Find My settings on their device. When offline finding is disabled, the device no longer acts as a finder nor is it detectable by other finder devices. However, the user can still locate the device as long as it can connect to a Wi-Fi or cellular network.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

## 2.1 Bluetooth Low Energy

Bluetooth Low Energy (BLE) [19] is designed for small battery-powered devices such as smartwatches and fitness trackers with low data rates. Devices can broadcast BLE advertisements to inform nearby devices about their presence. The maximum BLE advertisement payload size is 31 bytes [19]. Apple heavily relies on custom BLE advertisements to announce their proprietary services such as AirDrop and bootstrap their protocols over Wi-Fi or Apple Wireless Direct Link (AWDL) [21, 36, 48]. OF devices also use BLE advertisements to inform nearby finders about their presence [6].

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

# 3 Apple Offline Finding Overview

Apple introduced OF in 2019 for iOS 13, macOS 10.15, and watchOS 6 [10]. OF enables locating Apple devices without an Internet connection and promises to operate in a privacy-preserving manner. In 2020, Apple announced to support third-party BLE-enabled devices to be tracked by the OF network [11] and released a protocol specification for their integration [6]. We found that this public specification is incomplete concerning the overall OF system. Within this paper, we focus on our recovered specification that was partly validated by the accessory specification [6].

In the following, we give a brief overview of how OF works and introduce the different roles of devices. Fig. 1 depicts the interplay of the roles and protocols involved in OF. In particular, OF involves (1) initial pairing of owner devices, (2) broadcasting BLE advertisements that contain a rolling public key, (3) uploading encrypted location reports to Apple's servers, and (4) retrieving the location reports on owner devices. The terminology of the roles below has been derived from the official documentation [6].

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf



**Fig. 1.** Simplified offline finding (OF) workflow.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Network Analysis.** We can identify a service's protocols by monitoring network interfaces, which helps understand the information exchange with external parties. OF uses two protocols: BLE for advertisements and HTTPS for server communication. To understand the embedded custom protocols and payloads, we rely on two sets of tools. For BLE, we use BTLEmap [31] to capture all BLE advertisements. As we already know the basic frame format of Apple's custom advertisements from related work [21, 36], we were able to identify OF as a new subtype. HTTPS proxies such as [50] decrypt HTTPS sessions by masquerading as both HTTP client and server and using self-signed TLS certificates. To access OF-related traffic, we disabled *certificate pinning*, which OF clients use for all server communication.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

In short, devices and accessories in lost mode send out BLE advertisements containing a public key. Finder devices receive them, encrypt their location by using the public key, and upload a report to Apple's servers. This results in an end-to-end encrypted location report that cannot be read by Apple or any other third-party that does not have access to the owner's private keys.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Master Beacon and Advertisement Keys.** Initially, each owner device generates a private–public key pair $(d_0, p_0)$ on the NIST P-224 curve and a 32-byte symmetric key $SK_0$ that together form the *master beacon key*. Those keys are never sent out via BLE and are used to derive the rolling advertisement keys included in the BLE advertisements.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Key Synchronization.** All owner devices need to access the advertisement keys to download and decrypt location reports. Therefore, OF synchronizes the master beacon keys via iCloud in a property list file encrypted under Advanced Encryption Standard in Galois/Counter Mode (AES-GCM). The decryption key for the file is stored in the iCloud keychain under the label "Beacon Store."

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Encryption.** The BLE advertisements sent out by a lost device contain an EC public key $p_i$. A finder device that receives such an advertisement determines its current location and encrypts the location with $p_i$.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Decryption.** An owner device that retrieves encrypted location reports follows the inverse of the encryption procedure. First, the owner device selects the proper advertisement keys $(d_i, p_i)$ based on the hashed $p_i$ of the location report. Second, it performs the ECDH key exchange with the finder's ephemeral public key $p'$ and the lost device's private key $d_i$ to compute the symmetric key $e'$ and the IV. Finally, the owner can use $e'$ and IV to decrypt the location report.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

## 6.2 Losing

An OF device that loses its Internet connection starts emitting BLE advertisements. This advertisement contains the 224 bit (28 bytes) public part[2] of the advertisement key $(p_i)$, but required some engineering effort to fit in a single BLE packet.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**ORIGINAL COMPLAINT**                                    **Page 119 of 156**



**Fig. 1.** Structure of a BLE advertisement packet used to carry data of Apple Continuity protocols. The data are stored in a `Manufacturer Specific Data` AD structure (`0xFF`) which starts with the company identifier of Apple (`0x004C`), followed by one or several continuity messages (CM) presented as a Type-Length-Value (TLV) format. *Flags* is an optional AD structure that is not specific to Apple Continuity protocols.

https://petsymposium.org/popets/2020/popets-2020-0003.pdf

| Apple CM type | Code | Message emission |
|---|---|---|
| AirPrint | 0x03 | On user action |
| AirDrop | 0x05 | On user action |
| HomeKit | 0x06 | Constantly |
| Proximity Pairing | 0x07 | Constantly |
| "Hey Siri" | 0x08 | On user action |
| AirPlay | 0x09 | On user action |
| Magic Switch | 0x0B | On user physical[13] action |
| Handoff | 0x0C | On user action |
| Instant Hotspot | | |
| *Tethering Target Presence* | 0x0D | On user action |
| *Tethering Source Presence* | 0x0E | Reaction to *Target Presence* |
| Nearby | | |
| *Nearby Action* | 0x0F | On user action |
| *Nearby Info* | 0x10 | Constantly |

https://petsymposium.org/popets/2020/popets-2020-0003.pdf



**FIG. 6**

U.S. Patent No. 9,853,719 ("AirDrop" Patent), FIG. 6 (annotated), https://patents.google.com/patent/US9853719B2/en?oq=9%2c853%2c719.

**Table 2.** OF advertisement format (with zero-indexed bytes).

| Bytes | Content (details cf. [6, § 5.1]) |
|---|---|
| 0–5 | BLE address $((p_i[0] \mid (0b11 \ll 6)) \mid\mid p_i[1..5])$ |
| 6 | Payload length in bytes (30) |
| 7 | Advertisement type (0xFF for manufacturer-specific data) |
| 8–9 | Company ID (0x004C) |
| 10 | OF type (0x12) |
| 11 | OF data length in bytes (25) |
| 12 | Status (e.g., battery level) |
| 13–34 | Public key bytes $p_i[6..27]$ |
| 35 | Public key bits $p_i[0] \gg 6$ |
| 36 | Hint (0x00 on iOS reports) |

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

| Bluetooth | Device tracking via BLE advertisements | ✗ | BLE payload and address are determined by the advertisement key, which is changed at 15 min intervals, making long-term tracking hard. |
|---|---|---|---|
| | Remote code execution (RCE) | ✗ | As OF uses non-connectable mode to emit advertisements, devices remain secure against RCE attacks on the Bluetooth firmware [42]. |
| | Denial-of-service (DoS) | ✓ (A2) | An attacker could emit/relay legitimate advertisements at other physical locations to pollute the set of location reports. |

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

### 2.3.1 Advertising PDUs

The following advertising physical channel PDU Types are called advertising PDUs:

- ADV_IND
- ADV_DIRECT_IND
- ADV_NONCONN_IND
- ADV_SCAN_IND
- ADV_EXT_IND
- AUX_ADV_IND
- AUX_SYNC_IND
- AUX_CHAIN_IND

These PDUs are sent by the Link Layer in the Advertising state and received by a Link Layer in the Scanning state or Initiating state. The ADV_IND, ADV_DIRECT_IND, ADV_NONCONN_IND, and ADV_SCAN_IND PDUs are called "legacy advertising PDUs". The ADV_EXT_IND, AUX_ADV_IND, AUX_SYNC_IND, and AUX_CHAIN_IND PDUs are called "extended advertising PDUs". Advertising events using legacy advertising PDUs are called "legacy advertising events".

#### 2.3.1.1  ADV_IND

The Payload field of the ADV_IND PDU is shown in Figure 2.6. The PDU shall be used in connectable and scannable undirected advertising events. The TxAdd in the advertising physical channel PDU header indicates whether the advertiser's address in the AdvA field is public (TxAdd = 0) or random (TxAdd = 1). The ChSel field in the advertising physical channel PDU header shall be set to 1 if the advertiser supports the LE Channel Selection Algorithm #2 feature (see Section 4.5.8.3).

| Payload | |
|---|---|
| AdvA<br>(6 octets) | AdvData<br>(0-31 octets) |

*Figure 2.6:  ADV_IND PDU payload*

The Payload consists of AdvA and AdvData fields. The AdvA field shall contain the advertiser's public or random device address as indicated by TxAdd. The AdvData field, if not empty, shall contain Advertising Data from the advertiser's Host.

https://www.bluetooth.com/specifications/specs/core-specification-5-3/

106.    Each of the Accused Products is capable of performing, and does perform, the operation of "receiving, at the wireless device via a second wireless protocol, the stored information from one or more servers, the stored information relating to a particular entity or object associated with a first unique identifier, and wherein the second wireless protocol is different from the short range wireless protocol." For example, each of the Accused Products includes and

**ORIGINAL COMPLAINT**                                   **Page 122 of 156**

supports Apple's AirDrop and Find My features, including Offline Finding and AirTags. As shown in the following paragraphs, each of these accused features in the Accused Products performs this operation by receiving, at the wireless device via a second wireless protocol, the stored information from one or more servers, the stored information relating to a particular entity or object associated with a first unique identifier, and wherein the second wireless protocol is different from the short range wireless protocol.

107.    As shown herein, the Accused Products are capable of performing, and do perform, this operation via their AirDrop features and associated functionalities.

## Use AirDrop to send items to nearby Apple devices

With AirDrop, you can wirelessly send photos, videos, documents, and more to a nearby iPhone, iPad, or Mac. You can use AirDrop to send files to your own devices or to share files with others.

You can use AirDrop with an iPhone, iPad, and Mac.

Transfers are encrypted for security, and the recipient can accept or decline each transfer as it arrives.

*Note:* If you leave Bluetooth or Wi-Fi range after an AirDrop transfer is initiated, the transfer continues over the internet.



### Before you begin

Make sure of the following:

- Both devices have Wi-Fi and Bluetooth® turned on.

- The devices are within 30 feet (10 meters) of each other.

If you're using a VPN, make sure its configuration doesn't prevent local networking, as that may interfere with some Continuity features.

If you want to use AirDrop to send items between your Apple devices, sign in to your Apple Account to automatically accept and save the items.

https://support.apple.com/guide/iphone/use-airdrop-to-send-items-to-nearby-devices-iphcd8b9f0af/ios

## AirDrop operation

AirDrop uses iCloud services to help users authenticate. When a user signs in to iCloud, a 2048-bit RSA identity is stored on the device, and when the user turns on AirDrop, an AirDrop short identity hash is created based on the email addresses and phone numbers associated with the user's Apple Account.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

108.    As shown herein, the Accused Products are capable of performing, and do perform, this operation via their Find My features and associated functionalities.

AirTag lets you easily track things like your keys, wallet, purse, backpack, luggage, and more. Simply set it up with your iPhone or iPad and attach it to your item, and your AirTag shows up in the Items tab in the Find My app.

AirTag and devices that are part of the Find My network accessory program, and some AirPod models — AirPods 3, AirPods Pro 1, and AirPods Max — use the Find My network to help you keep track of and find your belongings.* After you set up a compatible item, it shows up in the Devices or Items tab in the Find My app.

> AirTag, AirPods, and other Find My network accessories include features to guard against unwanted tracking. They should not be used to track people, and should not be used to track property that does not belong to you. Using these products to track people without their consent is a crime in many countries and regions around the world. If an AirTag, set of AirPods, or Find My network accessory is discovered to be unlawfully tracking a person, law enforcement can request any available information from Apple to support their investigation.

AirTag, AirPods, and Find My network accessories are designed to protect your privacy when you're using them to keep track of important items. They have unique Bluetooth identifiers that change frequently. The Find My network uses end-to-end encryption and is built with privacy in mind.

Find My displays a map of where the AirTag, set of AirPods, Find My network accessory, or compatible Bluetooth location-tracking device has been observed with you. The red dots show where the unknown item was detected near your iPhone or iPad. The dashed lines connecting the red dots help indicate the sequence where the item was detected with you. The red dots do not indicate when the item's owner is viewing the item's location.



https://support.apple.com/en-us/119874

- When you sign in to iCloud with your Apple Account, you will enable certain Find My features on supported devices, including participation in the Find My network.

- The location of your device or accessory, as well as information about your device and your account, may be used to help you locate your Find My–enabled devices and supported accessories.

https://www.apple.com/legal/privacy/data/en/find-my/

**ORIGINAL COMPLAINT**                                          **Page 125 of 156**

When you sign in and enable iCloud on your device, certain features of Find My are enabled automatically. These include participation in the Find My network, a crowdsourced network of Apple devices that helps find missing devices or compatible items as described below, and the ability to play a sound on your device, remotely lock and display a message on it, or remotely erase it. You also will receive notifications if you are separated from your supported devices and items. Your iPhone, iPad, iPod touch, Apple Watch, Apple Vision Pro, and certain Mac computers will be protected with Activation Lock, and cannot be erased and reactivated without your password. For more information, visit support.apple.com/108794 or support.apple.com/102541. Enabling Find My on your iPhone will automatically enable it on any paired Apple Watch. You can also separately enable Find My for an Apple Watch, which will enable it on your paired iPhone.

https://www.apple.com/legal/privacy/data/en/find-my/

Find My can use the Find My network to help find devices even if they are not connected to the internet and, for supported devices, even if they are turned off or erased. Devices in the Find My network use Bluetooth wireless technology to detect missing devices or compatible items nearby, including AirTags and compatible third-party products registered to your Apple Account, and report their approximate location back to the owner. If a device is turned off or erased, that location is also visible to members of the owner's Family Sharing group with whom they have chosen to share the location. The interaction is end-to-end encrypted, and Apple cannot see the location of any offline device or reporting device. When your device participates in the Find My network, it can both be located by the network and anonymously help locate other missing devices. You can choose to have your iOS or iPadOS device not participate in the Find My network by going to Settings > [your name] > Find My > Find My [device] and tapping to disable Find My network. You can choose to have your Mac not participate in the Find My network by going to System Settings > [your name] > iCloud, then in Saved to iCloud, clicking See All > Find My Mac > Turn Off. For more information on AirTags and compatible third-party products, including instructions on adding these products to Find My and registering them to your Apple Account, visit support.apple.com/101602.

https://www.apple.com/legal/privacy/data/en/find-my/

**ORIGINAL COMPLAINT**                                          **Page 126 of 156**

## Add a compatible third-party product

To add a Find My network item to Find My, follow the manufacturer's instructions to connect the item to your iPhone. Then open Find My, tap Items, tap the Add button ✛, and tap Add Other Item. Follow the onscreen steps to finish setting up the item.



https://support.apple.com/en-us/101602

109.    Each of the Accused Products is capable of performing, and does perform, the operation of "causing selection of one or more of the unique identifiers from the first plurality of beacon transmissions, by filtering the beacon transmissions which include a particular beacon service identifier indicating that a particular received beacon transmission is associated with a particular wireless beacon service." For example, each of the Accused Products includes and supports Apple's AirDrop and Find My features, including Offline Finding and AirTags. As shown in the following paragraphs, each of these accused features in the Accused Products performs this operation by causing selection of one or more of the unique identifiers from the first plurality of beacon transmissions, by filtering the beacon transmissions which include a particular beacon

service identifier indicating that a particular received beacon transmission is associated with a particular wireless beacon service.

110.    As shown herein, the Accused Products are capable of performing, and do perform, this operation via their AirDrop features and associated functionalities.

When a user chooses AirDrop as the method for sharing an item, the sending device emits an AirDrop signal over BLE that includes the user's AirDrop short identity hash. Other Apple devices that are awake, in close proximity, and have AirDrop turned on, detect the signal and respond using peer-to-peer Wi-Fi, so that the sending device can discover the identity of any responding devices.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf



U.S. Patent No. 9,853,719 ("AirDrop" Patent), FIG. 6, https://patents.google.com/patent/US9853719B2/en?oq=9%2c853%2c719.



**Fig. 1.** Structure of a BLE advertisement packet used to carry data of Apple Continuity protocols. The data are stored in a `Manufacturer Specific Data` AD structure (`0xFF`) which starts with the company identifier of Apple (`0x004C`), followed by one or several continuity messages (CM) presented as a Type-Length-Value (TLV) format. *Flags* is an optional AD structure that is not specific to Apple Continuity protocols.

https://petsymposium.org/popets/2020/popets-2020-0003.pdf

| Apple CM type | Code | Message emission |
|---|---|---|
| AirPrint | 0x03 | On user action |
| AirDrop | 0x05 | On user action |
| HomeKit | 0x06 | Constantly |
| Proximity Pairing | 0x07 | Constantly |
| "Hey Siri" | 0x08 | On user action |
| AirPlay | 0x09 | On user action |
| Magic Switch | 0x0B | On user physical[13] action |
| Handoff | 0x0C | On user action |
| Instant Hotspot | | |
|    *Tethering Target Presence* | 0x0D | On user action |
|    *Tethering Source Presence* | 0x0E | Reaction to *Target Presence* |
| Nearby | | |
|    *Nearby Action* | 0x0F | On user action |
|    *Nearby Info* | 0x10 | Constantly |

https://petsymposium.org/popets/2020/popets-2020-0003.pdf

111.    As shown herein, the Accused Products are capable of performing, and do perform, this operation via their Find My features and associated functionalities.

**Master Beacon and Advertisement Keys.** Initially, each owner device generates a private–public key pair $(d_0, p_0)$ on the NIST P-224 curve and a 32-byte symmetric key $SK_0$ that together form the *master beacon key*. Those keys are never sent out via BLE and are used to derive the rolling advertisement keys included in the BLE advertisements.

OF makes device tracking hard by regularly changing the contents of the BLE advertisements. In particular, OF uses the concept of *rolling* keys that can be deterministically derived if one knows the initial input keys $(d_0, p_0)$ and $SK_0$ but are otherwise unlinkable. OF iteratively calculates the *advertisement keys* $(d_i, p_i)$ for $i > 0$ as follows using the ANSI X.963 key derivation function (KDF) with SHA-256 [33] and a generator $G$ of the NIST P-224 curve:

$$SK_i = \text{KDF}(SK_{i-1}, \text{"update"}, 32) \qquad (1)$$
$$(u_i, v_i) = \text{KDF}(SK_i, \text{"diversify"}, 72) \qquad (2)$$
$$d_i = (d_0 * u_i) + v_i \qquad (3)$$
$$p_i = d_i * G \qquad (4)$$

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Key Synchronization.** All owner devices need to access the advertisement keys to download and decrypt location reports. Therefore, OF synchronizes the master beacon keys via iCloud in a property list file encrypted under Advanced Encryption Standard in Galois/Counter Mode (AES-GCM). The decryption key for the file is stored in the iCloud keychain under the label "Beacon Store."

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

An OF device that loses its Internet connection starts emitting BLE advertisements. This advertisement contains the 224 bit (28 bytes) public part[2] of the advertisement key $(p_i)$, but required some engineering effort to fit in a single BLE packet.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Owner Devices.** Owner devices share a common Apple ID and can use the *Find My* application on macOS and iOS to search for any devices of the same owner.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

## Find My security

The Find My app for Apple devices is built on a foundation of advanced public key cryptography.

### Overview

The Find My app combines Find My iPhone and Find My Friends into a single app in iOS, iPadOS, and macOS. Find My can help users locate a missing device, even an offline Mac. An online device can simply report its location to the user via iCloud. Find My works offline by sending out short range Bluetooth signals from the missing device that can be detected by other Apple devices in use nearby. Those nearby devices then relay the detected location of the missing device to iCloud so users can locate it in the Find My app—all while protecting the privacy and security of all the users involved. Find My even works with a Mac that's offline and asleep.

Using Bluetooth and the hundreds of millions of iPhone, iPad, and Mac devices in active use around the world, a user can locate their missing device even if it can't connect to a Wi-Fi or cellular network. Any iPhone, iPad, or Mac with "offline finding" turned on in Find My settings can act as a "finder device." This means the device can detect the presence of another missing offline device using Bluetooth and then use its network connection to report an approximate location back to the owner. When a device has offline finding enabled, it also means that it can be located by other participants in the same way. This entire interaction is end-to-end encrypted, anonymous, and designed to be battery and data efficient. There is minimal impact on battery life and cellular data plan usage, and user privacy is better protected.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

When a device goes missing and can't connect to Wi-Fi or cellular—for example, a MacBook Pro is left on a park bench—it begins periodically broadcasting the derived public key $P_i$ for a limited period of time in a Bluetooth payload. By using P-224, the public key representation can fit into a single Bluetooth payload. The surrounding devices can then help in the finding of the offline device by encrypting their location to the public key. Approximately every 15 minutes, the public key is replaced by a new one using an incremented value of the counter and the process above so that the user can't be tracked by a persistent identifier. The derivation mechanism is designed to prevent the various public keys $P_i$ from being linked to the same device.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

**ORIGINAL COMPLAINT**                                        **Page 131 of 156**

## Using Find My to locate missing Apple devices

Any Apple devices within Bluetooth range that have offline finding enabled can detect a signal from another Apple device configured to allow Find My and read the current broadcast key $P_i$. Using an ECIES construction and the public key $P_i$ from the broadcast, the finder devices encrypt their current location information and relay it to Apple. The encrypted location is associated with a server index which is computed as the SHA256 hash of the P-224 public key $P_i$ obtained from the Bluetooth payload. Apple never has the decryption key, so Apple can't read the location encrypted by the finder. The owner of the missing device can reconstruct the index and decrypt the encrypted location.



EC P-224 derived public key

EC P-224 FindMy public key
+ Secret
+ Counter

Nearby device

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

## Locating devices that are offline

If a user has Find My iPhone enabled on their device, offline finding is turned on by default when they upgrade a device to iOS 13 or later, iPadOS 13.1 or later, and macOS 10.15 or later. This is designed to ensure that every user has the best possible chance to locate their device if it goes missing. However, if at any time the user prefers not to participate, they can disable offline finding in Find My settings on their device. When offline finding is disabled, the device no longer acts as a finder nor is it detectable by other finder devices. However, the user can still locate the device as long as it can connect to a Wi-Fi or cellular network.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

## 2.1 Bluetooth Low Energy

Bluetooth Low Energy (BLE) [19] is designed for small battery-powered devices such as smartwatches and fitness trackers with low data rates. Devices can broadcast BLE advertisements to inform nearby devices about their presence. The maximum BLE advertisement payload size is 31 bytes [19]. Apple heavily relies on custom BLE advertisements to announce their proprietary services such as AirDrop and bootstrap their protocols over Wi-Fi or Apple Wireless Direct Link (AWDL) [21, 36, 48]. OF devices also use BLE advertisements to inform nearby finders about their presence [6].

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

# 3 Apple Offline Finding Overview

Apple introduced OF in 2019 for iOS 13, macOS 10.15, and watchOS 6 [10]. OF enables locating Apple devices without an Internet connection and promises to operate in a privacy-preserving manner. In 2020, Apple announced to support third-party BLE-enabled devices to be tracked by the OF network [11] and released a protocol specification for their integration [6]. We found that this public specification is incomplete concerning the overall OF system. Within this paper, we focus on our recovered specification that was partly validated by the accessory specification [6].

In the following, we give a brief overview of how OF works and introduce the different roles of devices. Fig. 1 depicts the interplay of the roles and protocols involved in OF. In particular, OF involves (1) initial pairing of owner devices, (2) broadcasting BLE advertisements that contain a rolling public key, (3) uploading encrypted location reports to Apple's servers, and (4) retrieving the location reports on owner devices. The terminology of the roles below has been derived from the official documentation [6].

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf



**Fig. 1.** Simplified offline finding (OF) workflow.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Network Analysis.** We can identify a service's protocols by monitoring network interfaces, which helps understand the information exchange with external parties. OF uses two protocols: BLE for advertisements and HTTPS for server communication. To understand the embedded custom protocols and payloads, we rely on two sets of tools. For BLE, we use BTLEmap [31] to capture all BLE advertisements. As we already know the basic frame format of Apple's custom advertisements from related work [21, 36], we were able to identify OF as a new subtype. HTTPS proxies such as [50] decrypt HTTPS sessions by masquerading as both HTTP client and server and using self-signed TLS certificates. To access OF-related traffic, we disabled *certificate pinning*, which OF clients use for all server communication.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

In short, devices and accessories in lost mode send out BLE advertisements containing a public key. Finder devices receive them, encrypt their location by using the public key, and upload a report to Apple's servers. This results in an end-to-end encrypted location report that cannot be read by Apple or any other third-party that does not have access to the owner's private keys.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Master Beacon and Advertisement Keys.** Initially, each owner device generates a private–public key pair $(d_0, p_0)$ on the NIST P-224 curve and a 32-byte symmetric key $SK_0$ that together form the *master beacon key*. Those keys are never sent out via BLE and are used to derive the rolling advertisement keys included in the BLE advertisements.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Key Synchronization.** All owner devices need to access the advertisement keys to download and decrypt location reports. Therefore, OF synchronizes the master beacon keys via iCloud in a property list file encrypted under Advanced Encryption Standard in Galois/Counter Mode (AES-GCM). The decryption key for the file is stored in the iCloud keychain under the label "Beacon Store."

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Encryption.** The BLE advertisements sent out by a lost device contain an EC public key $p_i$. A finder device that receives such an advertisement determines its current location and encrypts the location with $p_i$.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**Decryption.** An owner device that retrieves encrypted location reports follows the inverse of the encryption procedure. First, the owner device selects the proper advertisement keys $(d_i, p_i)$ based on the hashed $p_i$ of the location report. Second, it performs the ECDH key exchange with the finder's ephemeral public key $p'$ and the lost device's private key $d_i$ to compute the symmetric key $e'$ and the IV. Finally, the owner can use $e'$ and IV to decrypt the location report.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

## 6.2 Losing

An OF device that loses its Internet connection starts emitting BLE advertisements. This advertisement contains the 224 bit (28 bytes) public part[2] of the advertisement key $(p_i)$, but required some engineering effort to fit in a single BLE packet.

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

**ORIGINAL COMPLAINT**                                        **Page 135 of 156**



**Fig. 1.** Structure of a BLE advertisement packet used to carry data of Apple Continuity protocols. The data are stored in a `Manufacturer Specific Data` AD structure (`0xFF`) which starts with the company identifier of Apple (`0x004C`), followed by one or several continuity messages (CM) presented as a Type-Length-Value (TLV) format. *Flags* is an optional AD structure that is not specific to Apple Continuity protocols.

https://petsymposium.org/popets/2020/popets-2020-0003.pdf

| Apple CM type | Code | Message emission |
|---|---|---|
| AirPrint | 0x03 | On user action |
| AirDrop | 0x05 | On user action |
| HomeKit | 0x06 | Constantly |
| Proximity Pairing | 0x07 | Constantly |
| "Hey Siri" | 0x08 | On user action |
| AirPlay | 0x09 | On user action |
| Magic Switch | 0x0B | On user physical[13] action |
| Handoff | 0x0C | On user action |
| Instant Hotspot | | |
| *Tethering Target Presence* | 0x0D | On user action |
| *Tethering Source Presence* | 0x0E | Reaction to *Target Presence* |
| Nearby | | |
| *Nearby Action* | 0x0F | On user action |
| *Nearby Info* | 0x10 | Constantly |

https://petsymposium.org/popets/2020/popets-2020-0003.pdf



U.S. Patent No. 9,853,719 ("AirDrop" Patent), FIG. 6 (annotated), https://patents.google.com/patent/US9853719B2/en?oq=9%2c853%2c719.

**Table 2.** OF advertisement format (with zero-indexed bytes).

| Bytes | Content (details cf. [6, § 5.1]) |
|-------|----------------------------------|
| 0–5 | BLE address $((p_i[0] \mid (0b11 \ll 6)) \mid\mid p_i[1..5])$ |
| 6 | Payload length in bytes (30) |
| 7 | Advertisement type (0xFF for manufacturer-specific data) |
| 8–9 | Company ID (0x004C) |
| 10 | OF type (0x12) |
| 11 | OF data length in bytes (25) |
| 12 | Status (e.g., battery level) |
| 13–34 | Public key bytes $p_i[6..27]$ |
| 35 | Public key bits $p_i[0] \gg 6$ |
| 36 | Hint (0x00 on iOS reports) |

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

| Bluetooth | Device tracking via BLE advertisements | ✗ | BLE payload and address are determined by the advertisement key, which is changed at 15 min intervals, making long-term tracking hard. |
|-----------|----------------------------------------|---|-----------------------------------------------------------------------------------------------------------------------------------------|
| | Remote code execution (RCE) | ✗ | As OF uses non-connectable mode to emit advertisements, devices remain secure against RCE attacks on the Bluetooth firmware [42]. |
| | Denial-of-service (DoS) | ✓ (A2) | An attacker could emit/relay legitimate advertisements at other physical locations to pollute the set of location reports. |

https://www.petsymposium.org/2021/files/papers/issue3/popets-2021-0045.pdf

112.    Each of the Accused Products is capable of performing, and does perform, the operation of "taking first further action relating to the stored information, if the first unique identifier is present among the selected one or more unique identifiers." For example, each of the Accused Products includes and supports Apple's AirDrop and Find My features, including Offline Finding and AirTags. As shown in the following paragraphs, each of these accused features in the Accused Products performs this operation by taking first further action relating to the stored information, if the first unique identifier is present among the selected one or more unique identifiers.

113.    As shown herein, the Accused Products are capable of performing, and do perform, this operation via their AirDrop features and associated functionalities.

## Use AirDrop to send items to nearby Apple devices

With AirDrop, you can wirelessly send photos, videos, documents, and more to a nearby iPhone, iPad, or Mac. You can use AirDrop to send files to your own devices or to share files with others.

You can use AirDrop with an iPhone, iPad, and Mac.

Transfers are encrypted for security, and the recipient can accept or decline each transfer as it arrives.

*Note:* If you leave Bluetooth or Wi-Fi range after an AirDrop transfer is initiated, the transfer continues over the internet.



### Before you begin

Make sure of the following:

- Both devices have Wi-Fi and Bluetooth® turned on.

- The devices are within 30 feet (10 meters) of each other.

If you're using a VPN, make sure its configuration doesn't prevent local networking, as that may interfere with some Continuity features.

If you want to use AirDrop to send items between your Apple devices, sign in to your Apple Account to automatically accept and save the items.

https://support.apple.com/guide/iphone/use-airdrop-to-send-items-to-nearby-devices-iphcd8b9f0af/ios

## AirDrop operation

AirDrop uses iCloud services to help users authenticate. When a user signs in to iCloud, a 2048-bit RSA identity is stored on the device, and when the user turns on AirDrop, an AirDrop short identity hash is created based on the email addresses and phone numbers associated with the user's Apple Account.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

## Send an item with AirDrop

To send an item to someone with AirDrop, both you and your recipient must have turned on AirDrop and chosen to accept items either from Contacts or Everyone. If a recipient chooses to only accept items from a contact, you must be in their contacts list and they need to have your Apple Account email address or phone number included in your contact card.

Then do any of the following:

- *On an iPhone or iPad:* Open the item, then tap ⬆️, Share, 🟣, ⋯, or another button (depending on the app). Tap 🟣, then tap the recipient you want to share with. The recipients you see are those who are nearby, have Wi-Fi and Bluetooth turned on, and are able to accept files from your device.

  💡 **Tip:** If you're within close range of someone in your contacts, you can initiate an AirDrop transfer by opening the file you want to share, then moving your iPhone close to your contact's iPhone (on supported models with iOS 17 or later).

- *On a Mac:* Open the item, click ⬆️ in the toolbar, then click AirDrop. Select the recipient you want to share with. The recipients you see are those who are nearby, have Wi-Fi and Bluetooth turned on, and are able to accept files from your device.

  💡 **Tip:** You can also share items with AirDrop in the Finder. To open a Finder window, click 🔵 in the dock. Click AirDrop in the sidebar, then drag the item you want to share to the recipient you want to send it to.

To use AirDrop to securely share app and website passwords with someone using an iPhone, iPad, or Mac, see Share passkeys and passwords securely with AirDrop on iPhone, Share passkeys and passwords securely with AirDrop on iPad, or Share passwords and passkeys securely with AirDrop on Mac.

https://support.apple.com/guide/mac-help/use-airdrop-to-send-items-to-nearby-devices-mh35868/mac

**ORIGINAL COMPLAINT**                                                  **Page 140 of 156**

# Receive items with AirDrop

On your device, tap or click Accept on the AirDrop notification.

Most items are saved in the app that they're sent from. For example, if someone uses AirDrop to send you a photo from the Photos app, it's saved in the Photos app on your device.

Depending on the device, you might find your files in other places. On an iPhone or iPad, some items may be saved in the Files app. On a Mac, some items are automatically saved in the Downloads folder. You may also have the option to choose where to save items.

*Note:* If you opened AirDrop in the Finder on a Mac, the notification to accept or decline appears here, rather than in Notification Center.

If you send items from one of your Apple devices to another (for example, from your Mac to your iPhone), and you're signed in to the same Apple Account for iCloud on both devices, the item is automatically accepted and saved.

https://support.apple.com/guide/mac-help/use-airdrop-to-send-items-to-nearby-devices-mh35868/mac



**FIG. 8**

U.S. Patent No. 9,853,719 ("AirDrop" Patent), FIG. 8 (annotated), https://patents.google.com/patent/US9853719B2/en?oq=9%2c853%2c719.

When a user chooses AirDrop as the method for sharing an item, the sending device emits an AirDrop signal over BLE that includes the user's AirDrop short identity hash. Other Apple devices that are awake, in close proximity, and have AirDrop turned on, detect the signal and respond using peer-to-peer Wi-Fi, so that the sending device can discover the identity of any responding devices.

In Contacts Only mode, the received AirDrop short identity hash is compared with hashes of people in the receiving device's Contacts app. If a match is found, the receiving device responds over peer-to-peer Wi-Fi with its identity information. If there is no match, the device doesn't respond.

In Everyone mode, the same overall process is used. However, the receiving device responds even if there is no match in the device's Contacts app.

The sending device then initiates an AirDrop connection using peer-to-peer Wi-Fi, using this connection to send a long identity hash to the receiving device. If the long identity hash matches the hash of a known person in the receiver's Contacts, then the receiver responds with its long identity hashes.

If the hashes are verified, the recipient's first name and photo (if present in Contacts) are displayed in the sender's AirDrop share sheet. On devices with iOS and iPadOS, they are shown in the "People" or "Devices" section. Devices that aren't verified or authenticated are displayed in the sender's AirDrop share sheet with a silhouette icon and the device's name, as defined in Settings > General > About > Name. They're placed in the "Other People" section of the AirDrop share sheet.

https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf

      114.    As shown herein, the Accused Products are capable of performing, and do perform, this operation via their Find My features and associated functionalities.

AirTag lets you easily track things like your keys, wallet, purse, backpack, luggage, and more. Simply set it up with your iPhone or iPad and attach it to your item, and your AirTag shows up in the Items tab in the Find My app.

AirTag and devices that are part of the Find My network accessory program, and some AirPod models — AirPods 3, AirPods Pro 1, and AirPods Max — use the Find My network to help you keep track of and find your belongings.* After you set up a compatible item, it shows up in the Devices or Items tab in the Find My app.

AirTag, AirPods, and other Find My network accessories include features to guard against unwanted tracking. They should not be used to track people, and should not be used to track property that does not belong to you. Using these products to track people without their consent is a crime in many countries and regions around the world. If an AirTag, set of AirPods, or Find My network accessory is discovered to be unlawfully tracking a person, law enforcement can request any available information from Apple to support their investigation.

AirTag, AirPods, and Find My network accessories are designed to protect your privacy when you're using them to keep track of important items. They have unique Bluetooth identifiers that change frequently. The Find My network uses end-to-end encryption and is built with privacy in mind.

**ORIGINAL COMPLAINT**                                    **Page 144 of 156**

Find My displays a map of where the AirTag, set of AirPods, Find My network accessory, or compatible Bluetooth location-tracking device has been observed with you. The red dots show where the unknown item was detected near your iPhone or iPad. The dashed lines connecting the red dots help indicate the sequence where the item was detected with you. The red dots do not indicate when the item's owner is viewing the item's location.



https://support.apple.com/en-us/119874

- When you sign in to iCloud with your Apple Account, you will enable certain Find My features on supported devices, including participation in the Find My network.
- The location of your device or accessory, as well as information about your device and your account, may be used to help you locate your Find My–enabled devices and supported accessories.

https://www.apple.com/legal/privacy/data/en/find-my/

When you sign in and enable iCloud on your device, certain features of Find My are enabled automatically. These include participation in the Find My network, a crowdsourced network of Apple devices that helps find missing devices or compatible items as described below, and the ability to play a sound on your device, remotely lock and display a message on it, or remotely erase it. You also will receive notifications if you are separated from your supported devices and items. Your iPhone, iPad, iPod touch, Apple Watch, Apple Vision Pro, and certain Mac computers will be protected with Activation Lock, and cannot be erased and reactivated without your password. For more information, visit support.apple.com/108794 or support.apple.com/102541. Enabling Find My on your iPhone will automatically enable it on any paired Apple Watch. You can also separately enable Find My for an Apple Watch, which will enable it on your paired iPhone.

https://www.apple.com/legal/privacy/data/en/find-my/

Find My can use the Find My network to help find devices even if they are not connected to the internet and, for supported devices, even if they are turned off or erased. Devices in the Find My network use Bluetooth wireless technology to detect missing devices or compatible items nearby, including AirTags and compatible third-party products registered to your Apple Account, and report their approximate location back to the owner. If a device is turned off or erased, that location is also visible to members of the owner's Family Sharing group with whom they have chosen to share the location. The interaction is end-to-end encrypted, and Apple cannot see the location of any offline device or reporting device. When your device participates in the Find My network, it can both be located by the network and anonymously help locate other missing devices. You can choose to have your iOS or iPadOS device not participate in the Find My network by going to Settings > [your name] > Find My > Find My [device] and tapping to disable Find My network. You can choose to have your Mac not participate in the Find My network by going to System Settings > [your name] > iCloud, then in Saved to iCloud, clicking See All > Find My Mac > Turn Off. For more information on AirTags and compatible third-party products, including instructions on adding these products to Find My and registering them to your Apple Account, visit support.apple.com/101602.

https://www.apple.com/legal/privacy/data/en/find-my/

**ORIGINAL COMPLAINT**                                    **Page 146 of 156**

## Add a compatible third-party product

To add a Find My network item to Find My, follow the manufacturer's instructions to connect the item to your iPhone. Then open Find My, tap Items, tap the Add button +, and tap Add Other Item. Follow the onscreen steps to finish setting up the item.



https://support.apple.com/en-us/101602

If you need to see a list of all AirTag, Find My Network accessories, and compatible Bluetooth location-tracking devices about which you have been notified, launch the Find My app on your iPhone or iPad. Tap Items. Scroll to the bottom and tap Items Detected With You. Items that have recently triggered an unwanted tracking alert will be listed. If the option to play a sound isn't available, the item might not be with you anymore, might be near its owner, or if it was with you overnight, its identifier might have changed.



https://support.apple.com/en-us/119874

## Separation Alerts

Apple in iOS 15 added Separation Alerts to the Find My app, which are designed to let you know if you leave an Apple device, a device attached to an AirTag, or a Find My-enabled third-party device behind.

 

You can set up Separation Alerts in the Find My app, so if you want to make sure your iPhone is always with you or that you don't leave the house without the keys, this is the feature to use.

https://www.macrumors.com/guide/airtags/

If an AirTag is lost or stolen, the Find My network can help you find it. The Find My Network takes advantage of hundreds of millions of iPhone, iPad, and Mac devices to help you locate an AirTag, with the AirTag showing up on a map when it is located by someone else's device.

In Lost Mode, an AirTag will automatically send out a notification when it's detected by someone in the Find My network, and you can add your contact info so someone who finds your item can get in touch with you.

https://www.macrumors.com/guide/airtags/

This works on iPhones and Android devices, so if you find an item, give it a scan to locate the owner. If in Lost Mode, the AirTag will also relay its location back to the owner through the Find My network.

https://www.macrumors.com/guide/airtags/

## AirTags Stalking

Apple has built in security restrictions that are designed to prevent an AirTag for being used for unwanted and secretive tracking purposes.



If an AirTag that someone else owns is in your belongings and has been traveling with for you awhile, your iPhone will send you an alert about an AirTag being detected near you, which will prevent someone from tracking you with a planted AirTag. You will get an alert on an AirTag that's with you when you return to your home address or to a location that's frequently visited.

When this happens, you'll see a notification that says "AirTag Detected," which you can tap to disable the AirTag. If the AirTag is attached to an item you're borrowing, you can choose to turn off "AirTag Detected" notifications for one day. If it's an item from a family member, you can turn off Safety Alerts for those who are in your Family Sharing group.

https://www.macrumors.com/guide/airtags/

**ORIGINAL COMPLAINT**                                    **Page 150 of 156**

## If you see an alert

If you see one of the following alerts on your iPhone or iPad, an item compatible with the Find My network or a compatible Bluetooth location-tracking device could be traveling with you, and the owner might be able to see its location.

It's possible that the AirTag or Find My network accessory might be attached to an item you're borrowing, or you might get this alert if you're borrowing someone else's AirPods. If you're borrowing an AirTag or another item compatible with the Find My network from a member of your Family Sharing group, you can turn off alerts for that item for one day, or indefinitely.

If an AirTag that's separated from its owner is seen moving with you over time, or if your iPhone is awake and an AirTag that isn't with its owner for a period of time emits a sound to indicate that it has moved, this alert is displayed: AirTag Found Moving With You.



Find My displays a map of where the AirTag, set of AirPods, Find My network accessory, or compatible Bluetooth location-tracking device has been observed with you. The red dots show where the unknown item was detected near your iPhone or iPad. The dashed lines connecting the red dots help indicate the sequence where the item was detected with you. The red dots do not indicate when the item's owner is viewing the item's location.

https://support.apple.com/en-us/119874

**ORIGINAL COMPLAINT**                                                                 **Page 151 of 156**

If the unknown accessory is an AirTag and you have a supported iPhone model with Ultra Wideband, you can also tap Find Nearby to use Precision Finding to help you locate the unknown AirTag.

1. Tap the alert.

2. Tap Continue, then tap Find Nearby.

3. Follow the onscreen instructions and move around the space until your iPhone connects to the unknown AirTag.

4. Your iPhone displays the distance and direction to the unknown AirTag. Use that information to get closer to the unknown AirTag until you find it.

   ◦ When the AirTag is within Bluetooth range of your iPhone, you can play a sound on the AirTag by tapping the Play Sound button ⊙.

   ◦ If your iPhone says that more light is required, tap the Turn Flashlight On button 🔦.

5. When you're done, tap the Done button ✕.

https://support.apple.com/en-us/119874

1. If you have found an AirTag, hold the top of your iPhone or NFC-capable smartphone near the white side of the AirTag until a notification appears.

2. Tap the notification. This opens a website that provides information about the AirTag, including its serial number and the last four digits of the phone number of the person who registered it. This can help you identify the owner, if you know them. You might want to take a screenshot to make sure that you can document the information.



https://support.apple.com/en-us/119874

115.    Defendant has had knowledge of the '971 Patent and of its infringement of the '971 Patent at least through receipt of this Complaint. Additionally, and in the alternative, on information and belief, Defendant has had knowledge of the '971 Patent at least through Defendant's knowledge of the patent family of the '971 Patent when Defendant disclosed a patent from the patent family (U.S. Patent No. 8,385,913) before the USPTO during the prosecution of Defendant's U.S. Patent No. 9,853,719.

116.    On information and belief, despite Defendant's knowledge of the '971 Patent and of its infringement of the '971 Patent, Defendant has not sought to remedy its infringement or sought to identify any good faith belief as to why it does not infringe the '971 Patent.

117.    On information and belief, Defendant's actions represented a specific intent to induce infringement of at least claims 1, 37, and 50 of the '971 Patent.  For example, Defendant offered its customers extensive customer support and instructions that instructed and encouraged its customers to infringe the '971 Patent via at least their use of the Accused Products.  *See, e.g.,* materials cited in paragraphs 104 through 116 above; https://support.apple.com/iphone (Apple's iPhone support page); https://support.apple.com/ipad (Apple's iPad support page); https://support.apple.com/mac/laptops (Apple's laptop support page); https://www.youtube.com/applesupport (Apple's YouTube support channel for Apple products, including Apple's smartphone, tablet, and laptop products). In addition, Apple operates retail stores through which it provides service and support for the Accused Products. https://www.apple.com/retail/geniusbar/.

118.    In addition, by receiving notice of the '971 Patent and Defendant's infringement thereof, Defendant obtained a subjective belief that there is a high probability that the Accused Products infringe the '971 Patent.  Despite being put on notice of infringement, on information

ORIGINAL COMPLAINT                                                        **Page 153 of 156**

and belief Defendant has not taken actions to avoid the conduct alleged to infringe, has not offered any reasons as to why Defendant does not infringe the '971 Patent, and has not sought to remedy its infringements by offering to take a license. Defendant's failure to act reflects deliberate actions to avoid learning that the Accused Products infringe the '971 Patent and, more generally, a policy of not earnestly reviewing and respecting the intellectual property of others.

119.    Since issuance of the '971 Patent, and prior to Defendant having notice of infringement, neither SCT nor its predecessors or licensees have made, offered for sale, sold, or imported a product that practices any claim of the '971 Patent or that would otherwise require marking under 35 U.S.C. § 287.

120.    SCT may recover pre-suit damages for Defendant's infringement of the '971 Patent under 35 U.S.C. § 287.

121.    As a result of Defendant's infringement of the '971 Patent, SCT has suffered and is owed monetary damages adequate to compensate it for the infringement under 35 U.S.C. § 284, but in no event less than a reasonable royalty.

122.    Defendant's activities have been willful, egregious, wanton, and deliberate in disregard to SCT's rights, justifying a finding of willful infringement, enhanced damages under 35 U.S.C. § 284 and attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

## **DEMAND FOR A JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, SCT demands a trial by jury on all issues triable of right by a jury.

## PRAYER FOR RELIEF

WHEREFORE, SCT respectfully requests that this Court enter judgment in its favor and grant the following relief:

a. A judgment that Defendant has directly infringed one or more claims of each of the Patents-in-Suit;

b. A judgment and order requiring Defendant to pay SCT past and future damages under 35 U.S.C. § 284, including for supplemental damages arising from any infringements not accounted for in the verdict, including any pre-verdict infringements not accounted for in the verdict and any continuing post-verdict infringement for the time between trial and entry of the final judgment, with an accounting, as needed, as provided by 35 U.S.C. § 284;

c. A judgment and order that Defendant has willfully infringed the Patents-in-Suit and requiring Defendant to pay SCT enhanced damages under 35 U.S.C. § 284 and attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285;

d. A judgment and order requiring Defendant to pay SCT reasonable ongoing royalties on a going-forward basis after final judgment;

e. A judgment and order requiring Defendant to pay SCT pre-judgment and post-judgment interest on the damages award;

f. A judgment and order requiring Defendant to pay SCT's costs; and

g. Such other and further relief as the Court may deem just and proper.

Dated: September 30, 2025                    Respectfully submitted,

                                            */s/ Timothy E. Grochocinski*
                                            Timothy E. Grochocinski
                                            Illinois Bar No. 6295055
                                            tim@nelbum.com
                                            Charles Austin Ginnings
                                            New York Bar No. 4986691
                                            austin@nelbum.com
                                            Taryn N. Trusty
                                            Illinois Bar No. 6344409
                                            taryn@nelbum.com
                                            NELSON BUMGARDNER CONROY P.C.
                                            745 McClintock Drive, Suite 340
                                            Burr Ridge, Illinois 60527
                                            708.675.1974 (telephone)

                                            Brent Bumgardner
                                            Texas Bar No. 00795272
                                            brent@nelbum.com
                                            Christopher G. Granaghan
                                            Texas Bar No. 24078585
                                            chris@nelbum.com
                                            NELSON BUMGARDNER CONROY P.C.
                                            3131 West Seventh Street, Suite 300
                                            Fort Worth, Texas 76107
                                            Telephone: (817) 377-9111

                                            *Attorneys for Plaintiff*
                                            *Secure Communication Technologies, LLC*